Fill in this information to identify the case:

United States Bankruptcy Court for the:

District of Colorado

Case number (if known): _____  Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. **Debtor's name** | Futurum Communications Corporation | |

| | | |
|---|---|---|
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as names* | FORETHOUGHT.net   San Isabel Telecom, Inc.   BRAINSTORM INTERNET, INC.   Fundamental Holdings Corp | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number (EIN)** | 3 0 – 0 0 4 4 9 3 1 |

4. **Debtor's address**

**Principal place of business**

2347 Curtis St
Number     Street

Denver, CO 80205
City                          State     ZIP Code

Denver
County

**Mailing address, if different from principal place of business**

Number          Street

P.O. Box

City                          State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                          State     ZIP Code

| | |
|---|---|
| 5. **Debtor's website (URL)** | forethought.net |

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Futurum Communications Corporation _____    Case number *(if known)* _____
          Name

| 7. | Describe debtor's business |
|---|---|

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
    5 _ 1 _ 7 _ 3 _

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? |
|---|---|

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

 ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☐ A plan is being filed with this petition.

 ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

 ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

 ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? |
|---|---|

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY

       District _____ When _____ Case number _____
                                      MM / DD / YYYY

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? |
|---|---|

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

       District _____ When _____
                                             MM / DD / YYYY

       Case number, if known _____

Debtor    Futurum Communications Corporation                                    Case number *(if known)* _____
          Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>   _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>            Number     Street<br>   _____<br>   _____<br>      City                       State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

## ▐ Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49   ☐ 50-99    ☐ 1,000-5,000   ☐ 5,001-10,000    ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☑ 200-999    ☐ 10,001-25,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☑ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor    Futurum Communications Corporation                                        Case number *(if known)* _____
          Name

| 16. | Estimated liabilities | | |
|---|---|---|---|
| | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/22/2021
                  MM/ DD/ YYYY

**X** /s/ Jawaid Bazyar                                    Jawaid Bazyar
Signature of authorized representative of debtor          Printed name

Title _____ President _____

**18. Signature of attorney**

**X** _____ /s/ Jessica Hoff _____    Date  03/22/2021
Signature of attorney for debtor                                MM/ DD/ YYYY

Jessica Hoff
Printed name

Hoff Law Offices, P.C.
Firm name

6400 S Fiddlers Green Cir Ste 250
Number     Street

Greenwood Vlg                              CO        80111-5075
City                                       State     ZIP Code

(720) 739-3599                             jhoff@hofflawoffices.com
Contact phone                              Email address

37332                                      CO
Bar number                                 State

| Fill in this information to identify the case: |
|---|

Debtor name          Futurum Communications Corporation

United States Bankruptcy Court for the:
          District of Colorado

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☑ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

**2.**   List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

**2.1**   **Creditor's name**
Ally

**Creditor's mailing address**
PO Box 380902

Bloomington, MN 55438-0902

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**    0   0   0   0

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**      $54,760.31            unknown
**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**3.**   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          $9,887,251.26

Debtor ___Futurum Communications Corporation_____     Case number *(if known)* _____
　　　　　Name

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**Column A** — Amount of claim. Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

---

**2.2**

**Creditor's name**
　Ally

**Creditor's mailing address**
　PO Box 380902

　Bloomington, MN 55438-0902

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**　　2　6　1　1

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $22,803.38　　Column B: unknown

---

**2.3**

**Creditor's name**
　Ally

**Creditor's mailing address**
　PO Box 380902

　Bloomington, MN 55438-0902

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**　　4　7　7　3

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $15,589.00　　Column B: unknown

---

Debtor      Futurum Communications Corporation                                          Case number *(if known)* _____
      Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

---

**2.4**

**Creditor's name**
Ally

**Creditor's mailing address**
PO Box 380902

Bloomington, MN 55438-0902

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**     4   8   7   9

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $17,529.00
Column B: unknown

---

**2.5**

**Creditor's name**
Altec Capital

**Creditor's mailing address**
33 Inverness Center Pkwy

Suite 200

Birmingham, AL 35242

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**     __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $111,621.00
Column B: unknown

---

Debtor    Futurum Communications Corporation        Case number *(if known)* _____

Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.6** | **Creditor's name**

Balboa Capital

**Creditor's mailing address**

575 Anton Blvd

12th Floor

Costa Mesa, CA 92626

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**                     $32,333.00      unknown

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.7** | **Creditor's name**

BNP Paribas

**Creditor's mailing address**

787 Seventh Avenue

New York, NY 10019

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**                     $21,062.00      unknown

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Futurum Communications Corporation                         Case number *(if known)*
       Name

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | **Column A** | **Column B** |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.8**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $74,194.68 | unknown |
|---|---|---|---|
| CIT 907-0005919-000 | | | |

**Describe the lien**

**Creditor's mailing address**

PO Box 100706

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

Pasadena, CA 91189-0706

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

---

**2.9**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $9,925.50 | unknown |
|---|---|---|---|
| CIT 907-0005955-000 | | | |

**Describe the lien**

**Creditor's mailing address**

PO Box 100706

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

Pasadena, CA 91189-0706

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

---

Debtor ___Futurum Communications Corporation_____   Case number *(if known)* _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Column A** — **Amount of claim** — Do not deduct the value of collateral.

**Column B** — **Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.10**

**Creditor's name**
CIT 907-0006027-000

**Creditor's mailing address**
PO Box 100706

Pasadena, CA 91189-0706

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $77,220.80    Column B: unknown

---

**2.11**

**Creditor's name**
CIT 907-0006105-000

**Creditor's mailing address**
PO Box 100706

Pasadena, CA 91189-0706

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $41,777.20    Column B: unknown

---

Debtor    Futurum Communications Corporation                          Case number *(if known)* _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.12**

**Creditor's name**

CIT 907-0006108-000

**Creditor's mailing address**

PO Box 100706

Pasadena, CA 91189-0706

**Creditor's email address, if known**

Date debt was incurred _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,068.00          unknown

---

**2.13**

**Creditor's name**

CIT 907-0006156-000

**Creditor's mailing address**

PO Box 100706

Pasadena, CA 91189-0706

**Creditor's email address, if known**

Date debt was incurred _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$58,837.38          unknown

---

| Debtor | Futurum Communications Corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.14**

**Creditor's name**
CIT 907-0006190-000

**Creditor's mailing address**
PO Box 100706

Pasadena, CA 91189-0706

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$41,800.66    unknown

---

**2.15**

**Creditor's name**
Collegiate Peaks Bank

**Creditor's mailing address**
885 S Colorado Blvd

Denver, CO 80246

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,067,176.63    unknown

---

| Debtor | Futurum Communications Corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| **2.16** | Creditor's name | Describe debtor's property that is subject to a lien | $870,662.39 | unknown |
|---|---|---|---|---|

**2.16**

Creditor's name

Community Banks of Colorado

Creditor's mailing address

19 N Tejon St Ste 100

Colorado Springs, CO 80903

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number    0   0   0   1

Do multiple creditors have an interest in the same property?

☑ No.

☐ Yes. Have you already specified the relative priority?

Describe debtor's property that is subject to a lien

Describe the lien _____

Is the creditor an insider or related party?
☑ No
☐ Yes.

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $870,662.39
Column B: unknown

---

**2.17**

Creditor's name

Consara Financing

Creditor's mailing address

7375 E 5th Avenue Pkw

Denver, CO 80230

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number    __  __  __  __

Do multiple creditors have an interest in the same property?

☑ No.

☐ Yes. Have you already specified the relative priority?

Describe debtor's property that is subject to a lien

Describe the lien _____

Is the creditor an insider or related party?
☑ No
☐ Yes.

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $27,586.99
Column B: unknown

Debtor____Futurum Communications Corporation_____   Case number *(if known)*_____
_____Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.18** | **Creditor's name**

Dell Financial Services-001-Auto

**Creditor's mailing address**

P O Box 5292

_____

Carol Stream, IL 60197-5292

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $2,040.00
Column B: unknown

---

**2.19** | **Creditor's name**

Dell Financial Services-002-Auto

**Creditor's mailing address**

P O Box 5292

_____

Carol Stream, IL 60197-5292

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $8,965.00
Column B: unknown

---

| Debtor | Futurum Communications Corporation | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | **Column A** | **Column B** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.20**

**Creditor's name**
Dell Financial Services-003-Auto

**Creditor's mailing address**
P O Box 5292

Carol Stream, IL 60197-5292

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $1,315.00   Column B: unknown

---

**2.21**

**Creditor's name**
Dell Financial Services-004-AUTO

**Creditor's mailing address**
P O Box 5292

Carol Stream, IL 60197-5292

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $6,864.00   Column B: unknown

Debtor    Futurum Communications Corporation
_____          Case number *(if known)* _____
          Name

| Part 1: | **Additional Page** | **Column A** | **Column B** |
|---|---|---|---|

**Column A** — Amount of claim. Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.22**  **Creditor's name**

Direct Capital / CIT
_____

**Creditor's mailing address**

PO Box 7056
_____

Pasadena, CA 91109-9699
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes.

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $15,113.00        Column B: unknown

---

**2.23**  **Creditor's name**

Jawaid Bazyar
_____

**Creditor's mailing address**

4705 Helena St
_____

Denver, CO 80239
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes.

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $23,000.00        Column B: unknown

---

Debtor ___Futurum Communications Corporation_____     Case number *(if known)* _____
　　　　Name

| Part 1: | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

---

**2.24** **Creditor's name**

Jayson Baker

**Creditor's mailing address**

1351 Browning Ave

Woodland Park, CO 80863

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $4,731,350.34
Column B: unknown

---

**2.25** **Creditor's name**

Jayson Baker c/o Sherman & Howard

**Creditor's mailing address**

633 17th St

Suite 3000

Denver, CO 80202

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $0.00
Column B: unknown

---

| Debtor | Futurum Communications Corporation | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| **2.26** | **Creditor's name** | | |
|---|---|---|---|

Jim Culhane

**Describe debtor's property that is subject to a lien**        $379,178.00        unknown

**Describe the lien**

_____

**Creditor's mailing address**

7375 E 5th Avenue Pkw

_____

Denver, CO 80230

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

---

| **2.27** | **Creditor's name** | | |
|---|---|---|---|

John Deere

**Describe debtor's property that is subject to a lien**        $41,680.00        unknown

**Describe the lien**

_____

**Creditor's mailing address**

6400 NW 86th St

PO Box 6600

Johnston, IA 50131-6600

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

Debtor   Futurum Communications Corporation                                    Case number *(if known)* _____
_____
Name

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A: **Amount of claim** Do not deduct the value of collateral.

Column B: **Value of collateral that supports this claim**

---

**2.28**

**Creditor's name**
LEAF 001

**Creditor's mailing address**
PO Box 5066

Hartford, CT 06102-5066

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $59,327.00

Column B: unknown

---

**2.29**

**Creditor's name**
Nissan

**Creditor's mailing address**
PO Box 660360

Dallas, TX 75266-0360

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** 0 0 0 1

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $12,454.00

Column B: unknown

---

Debtor    Futurum Communications Corporation                 Case number *(if known)* _____

Name

| **Part 1:** | **Additional Page** | **Column A** | **Column B** |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

---

**2.30**

**Creditor's name**

Nissan

**Creditor's mailing address**

PO Box 660360

Dallas, TX 75266-0360

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**    0  0  0  1

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**        $12,406.00        unknown

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No.

☐ Yes.

**Is anyone else liable on this claim?**

☑ No.

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.31**

**Creditor's name**

Nissan

**Creditor's mailing address**

PO Box 660360

Dallas, TX 75266-0360

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**    0  0  0  1

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**        $12,094.00        unknown

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No.

☐ Yes.

**Is anyone else liable on this claim?**

☑ No.

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor   Futurum Communications Corporation
      Name

Case number *(if known)* _____

| | Column A | Column B |
|---|---|---|
| **Part 1:** **Additional Page** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.32**

**Creditor's name**

Nissan

**Creditor's mailing address**

PO Box 660360

Dallas, TX 75266-0360

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**   **0 0 0 1**

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,553.00 | unknown

---

**2.33**

**Creditor's name**

Nissan

**Creditor's mailing address**

PO Box 660360

Dallas, TX 75266-0360

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**   **0 0 0 1**

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,739.00 | unknown

---

Debtor     Futurum Communications Corporation                                        Case number *(if known)* _____
_____
          Name

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

---

**2.34**

**Creditor's name**
Shawn Champagne

**Creditor's mailing address**
66 CENTRAL ST

Framingham, MA *01701

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$44,888.00 | unknown

---

**2.35**

**Creditor's name**
VoIP, LLC

**Creditor's mailing address**
7375 E 5th Avenue Pkw

Denver, CO 80230

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$962,337.00 | unknown

---

| Debtor | Futurum Communications Corporation | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line _____ | ____ ____ ____ ____ |

Fill in this information to identify the case:

Debtor name           Futurum Communications Corporation

United States Bankruptcy Court for the:

              District of Colorado

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Arapahoe County Treasurer**

**5334 S Prince St**

**Littleton, CO 80120-1136**

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$1,339.51**

Priority amount: _unknown_

**2.2** Priority creditor's name and mailing address

**Boulder County Assessors Office**

**Attn: Paul Weissmann**

**P.O. Box 471**

**Boulder, CO 80306**

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$4,802.67**

Priority amount: _unknown_

Debtor    **Futurum Communications Corporation**                                    Case number *(if known)* _____
_____
Name

| Part 1: | Additional Page |
|---|---|

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | unknown

City and county of Denver

PO BOX 650781

Dallas, TX 75265-0781

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Date or dates debt was incurred**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**$25.00**   unknown

---

**2.4** Priority creditor's name and mailing address

City and County of Denver Department of Finance Treasury divison

PO BOX 660860

201 W Colfax Ave

Denver, CO 80202-5329

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Date or dates debt was incurred**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**$22,961.92**   unknown

---

**2.5** Priority creditor's name and mailing address

City of Aurora

PO BOX 913200

Denver, CO 80291-3200

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Date or dates debt was incurred**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**$9,739.44**   unknown

Debtor  __**Futurum Communications Corporation**_____     Case number *(if known)* _____
Name

---

| **Part 1:** | Additional Page |
|---|---|

---

**2.6** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,590.00 | unknown
---|---|---|---|---

**Priority creditor's name and mailing address**
City of Englewood

1000 Englewood Parkway

Englewood, CO 80110-2373

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,590.00                     unknown

---

**2.7** **Priority creditor's name and mailing address**
CO Department of Labor and Employment

PO BOX 400

Denver , CO 80201-0400

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,358.14                     unknown

---

**2.8** **Priority creditor's name and mailing address**
CO Department of Revenue

Denver, CO 802610004

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,562.00                     unknown

---

Debtor   __Futurum Communications Corporation__   Case number *(if known)* _____
Name

---

**Part 1:** Additional Page

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,530.00 | unknown |

**2.9** Priority creditor's name and mailing address
Colorado Department of Revenue

_____

Denver, CO 80261-0004

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$3,530.00                    unknown

---

**2.10** Priority creditor's name and mailing address
Department of Treasury IRS

_____

Ogden, UT 842010030

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$682.59                    unknown

---

**2.11** Priority creditor's name and mailing address
Eagle County - Property Tax thru 2018

500 Broadway

po box 479

Eagle, CO 81631-0479

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$78,759.93                    unknown

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page **4** of **57**

Debtor   **Futurum Communications Corporation**
Name

Case number *(if known)* _____

| Part 1: | Additional Page |
|---|---|

**2.12** Priority creditor's name and mailing address

FCC Unicesal service administrative Co

PO BOX 47607

Baltimore , MD 21244

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$11,279.76                    unknown

---

**2.13** Priority creditor's name and mailing address

Internal REvenue Service

PO Box 932700

Louisville, KY 40293-2700

Date or dates debt was incurred

_____

Last 4 digits of account
number _4_ _9_ _3_ _1_

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$14,331.27                    unknown

---

**2.14** Priority creditor's name and mailing address

Interstate TRS Fund

P.O. Box 62634

Baltimore, MD 21264-2631

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$2,590.89                    unknown

Debtor   **Futurum Communications Corporation**                               Case number *(if known)* _____
         Name

---

| **Part 1:** | Additional Page |
|---|---|

---

**2.15** Priority creditor's name and mailing address

New Mexico Taxation & Revenue

_____

Santa Fe, NM 80205-2627

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$65.31                    unknown

---

**2.16** Priority creditor's name and mailing address

Rolka Loube

4423 N Front St

_____

Harrisburg, PA 177110

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$1,889.47                  unknown

---

**2.17** Priority creditor's name and mailing address

Rolka Loube

4423 N Front St

_____

Harrisburg, PA 17710

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$2,928.00                  unknown

---

Debtor   **Futurum Communications Corporation**                          Case number *(if known)* _____
_____
Name

| Part 1: | Additional Page |

**2.18**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,711.18 | unknown |

Priority creditor's name and mailing address

Teller County Clerk & Recorder

PO Box 1010

Cripple Creek, CO 80813-1010

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$5,711.18            unknown

**2.19**

Priority creditor's name and mailing address

universal service administrative

PO BOX 47607

Baltimore , MD 21244

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown            unknown

Debtor    **Futurum Communications Corporation**                                    Case number *(if known)* _____
                Name

<span style="background:black;color:white">**Part 2:**</span> List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

A1 Fiber Optics, LLC

Suite 400-348

Grand Junction, CO 81505

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____
**Is the claim subject to offset?**
☑ No
☐ Yes

$2,254.00

---

**3.2** **Nonpriority creditor's name and mailing address**

American Express

PO Box 650448

Dallas, TX 75265-0448

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____
**Is the claim subject to offset?**
☑ No
☐ Yes

$52,049.08

---

**3.3** **Nonpriority creditor's name and mailing address**

American Tower

29637 Network Place

Chicago, IL 60673-1296

Date or dates debt was incurred _____

Last 4 digits of account number   5   0   1   7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____
**Is the claim subject to offset?**
☑ No
☐ Yes

$13,624.00

---

**3.4** **Nonpriority creditor's name and mailing address**

American Tower

29637 Network Place

Chicago, IL 60673-1296

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____
**Is the claim subject to offset?**
☑ No
☐ Yes

$11,992.06

---

**3.5** **Nonpriority creditor's name and mailing address**

Andrew Wommack Ministries

1 Innovation Way Ste B

Woodland Park, CO 80863

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____
**Is the claim subject to offset?**
☑ No

$200.00

---

Debtor __**Futurum Communications Corporation**__                    Case number *(if known)* _____
         Name

| Part 2: | Additional Page |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.85
| APEX Security |
| 410 SW COLUMBIA STREET | ☐ Contingent
| | ☐ Unliquidated
| Ste 120 | ☐ Disputed
| Bend, OR 97702 | **Basis for the claim:** _____
| | **Is the claim subject to offset?**
| Date or dates debt was incurred _____ | ☑ No
| Last 4 digits of account number __ __ __ __ | ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $229.60
| APEX Security Fire Alarm |
| 410 SW COLUMBIA STREET | ☐ Contingent
| | ☐ Unliquidated
| Ste 120 | ☐ Disputed
| Bend, OR 97702 | **Basis for the claim:** _____
| | **Is the claim subject to offset?**
| Date or dates debt was incurred _____ | ☑ No
| Last 4 digits of account number __ __ __ __ | ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00
| ARIN |
| PO Box 759477 | ☐ Contingent
| | ☐ Unliquidated
| | ☐ Disputed
| Baltimore, MD 21275-9477 | **Basis for the claim:** _____
| | **Is the claim subject to offset?**
| Date or dates debt was incurred _____ | ☑ No
| Last 4 digits of account number __C_ - _3_ _9_ | ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $421.23
| ATL Communications |
| 2700 NE 4th St, Ste 240 | ☐ Contingent
| | ☐ Unliquidated
| | ☐ Disputed
| Bend, OR 97701 | **Basis for the claim:** _____
| | **Is the claim subject to offset?**
| Date or dates debt was incurred _____ | ☑ No
| Last 4 digits of account number __U_ _A_ _6_ _0_ | ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,920.00
| Aubrey Shomo-1099 |
| 1550 Larimer St. PMB 255 | ☐ Contingent
| | ☐ Unliquidated
| | ☐ Disputed
| Denver, CO 80202 | **Basis for the claim:** _____
| | **Is the claim subject to offset?**
| | ☑ No
| Date or dates debt was incurred _____ | ☐ Yes

---

Debtor   **Futurum Communications Corporation**                                    Case number *(if known)* _____
Name

| Part 2: | Additional Page |

**3.11** Nonpriority creditor's name and mailing address

Avalara

P.O. Box 122397

Dallas, TX 75312-2397

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$579.00

---

**3.12** Nonpriority creditor's name and mailing address

Aztec,City of(Tower Rental)

201 W Chaco

Aztec, NM 87410

Date or dates debt was incurred   _____

Last 4 digits of account number   T  O  R  M

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$315.00

---

**3.13** Nonpriority creditor's name and mailing address

Bandwidth.com, Inc

PO Box 715382

Cincinnati, OH 45271-5382

Date or dates debt was incurred   _____

Last 4 digits of account number   1  7  4  7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$393.17

---

**3.14** Nonpriority creditor's name and mailing address

Bank of America

PO Box 982238

El Paso, TX 79998-2238

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$15,199.87

---

**3.15** Nonpriority creditor's name and mailing address

Banner Life Insurance Company

3275 Bennett Breek Ave

Frederick, MD 21704-7608

Date or dates debt was incurred   _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$745.00

Debtor   __Futurum Communications Corporation__                          Case number *(if known)* _____
Name

| Part 2: | Additional Page |
|---|---|

**3.16** Nonpriority creditor's name and mailing address
BLM

PO Box 25047

OC-371

Denver, CO 80225-0047

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,784.00

**3.17** Nonpriority creditor's name and mailing address
Bulk Solutions LLC

5 Piccadilly Rd

Great Neck, NY 11023

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,843.41

**3.18** Nonpriority creditor's name and mailing address
Calix

PO Box 843163

Dallas, TX 75284-3163

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$25,380.38

**3.19** Nonpriority creditor's name and mailing address
Calix Inc

PO Box 843163

Dallas, TX 75284-3163

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$21,228.80

**3.20** Nonpriority creditor's name and mailing address
CenturyLink

CenturyLink - Access Billing

CABS 2 Tower South

Monroe, LA 71211-4648

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$540,000.00

Debtor   **Futurum Communications Corporation**                                    Case number *(if known)* _____
      Name

| Part 2: | Additional Page |
|---|---|

**3.21** Nonpriority creditor's name and mailing address

Centurylink 5-YBSMFPDM-A

CenturyLink - Access Billing

CABS 2 Tower South

Monroe, LA 71211-4648

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$25,844.06

---

**3.22** Nonpriority creditor's name and mailing address

CenturyLink 7196874325074B

PO Box 91155

Seattle, WA 98111-9255

Date or dates debt was incurred _____

Last 4 digits of account number   0  7  4  B

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$279.31

---

**3.23** Nonpriority creditor's name and mailing address

CenturyLink 7196879071465B

PO Box 91155

Seattle, WA 98111-9255

Date or dates debt was incurred _____

Last 4 digits of account number   4  6  5  B

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$46.71

---

**3.24** Nonpriority creditor's name and mailing address

CenturyLink 86983290

PO Box 52187

Phoenix, AZ 85072-2187

Date or dates debt was incurred _____

Last 4 digits of account number   3  2  9  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$473.51

---

**3.25** Nonpriority creditor's name and mailing address

CenturyLink K3031111174174M

PO Box 91155

Seattle, WA 98111-9255

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$631.84

---

Debtor   __Futurum Communications Corporation__   Case number *(if known)* _____
    Name

| Part 2: | Additional Page |
|---|---|

**3.26** Nonpriority creditor's name and mailing address
CenturyLink K7196870326463M

PO Box 91155

Seattle, WA 98111-9255

Date or dates debt was incurred _____

Last 4 digits of account number    4   6   3   M

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$591.46

---

**3.27** Nonpriority creditor's name and mailing address
CenturyLink K7196870329072M

PO Box 91155

Seattle, WA 98111-9255

Date or dates debt was incurred _____

Last 4 digits of account number    0   7   2   M

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$599.14

---

**3.28** Nonpriority creditor's name and mailing address
CenturyLink-Lexcis

LEXCIS

PO Box 2348

Seattle, WA 98111

Date or dates debt was incurred _____

Last 4 digits of account number    V   -   5   0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$13.50

---

**3.29** Nonpriority creditor's name and mailing address
Charles N. Nichols

P.O. Box 85

Molina, CO 81646

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$450.00

---

**3.30** Nonpriority creditor's name and mailing address
Chase Card

PO Box 6294

Carol Stream, IL 60197-6294

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$10,308.49

---

Debtor    **Futurum Communications Corporation**                                    Case number *(if known)* _____
          Name

| Part 2: | Additional Page |
|---|---|

**3.31** Nonpriority creditor's name and mailing address
Christine Taylor

15333 Heritage circle

Thornton, CO 80602

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$10,716.64

**3.32** Nonpriority creditor's name and mailing address
Circle Z Construction

PO Box 625

Mancos, CO 81328

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,612.14

**3.33** Nonpriority creditor's name and mailing address
Citi Cards

6716 Grade Lane

Building 9, Suite 910

Louisville, KY 40213

Date or dates debt was incurred _____

Last 4 digits of account number  4  2  3  1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,961.75

**3.34** Nonpriority creditor's name and mailing address
CitiCards

PO Box 6235

Sioux Falls, SD 57117-6235

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,521.50

**3.35** Nonpriority creditor's name and mailing address
City Of Cortez

123 Roger Smith Ave

Cortez, CO 81321

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,770.00

Debtor __**Futurum Communications Corporation**__
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

**3.36** Nonpriority creditor's name and mailing address
city of durango

949 E 2nd Ave

Durango, CO 81301

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$14,470.46

---

**3.37** Nonpriority creditor's name and mailing address
City of Farmington

101 N Browning PKWY

Farmington, NM 87401-7995

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$892.00

---

**3.38** Nonpriority creditor's name and mailing address
Clearnetworx - 105010

PO Box 1809

Montrose, CO 81402

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,050.00

---

**3.39** Nonpriority creditor's name and mailing address
Clearnetworx - 106522

PO Box 1809

Montrose, CO 81402

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,000.00

---

**3.40** Nonpriority creditor's name and mailing address
Colorado Division of Labor

633 17th St Ste 201

Denver, CO 80202-3624

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,100.00

---

Debtor  __Futurum Communications Corporation__                    Case number *(if known)* _____
        Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.41** Nonpriority creditor's name and mailing address
Colorado Hi-Tek

Ste 292


Gillette, WY 82716

Date or dates debt was incurred _____

Last 4 digits of account number  T O R M

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$814.45

---

**3.42** Nonpriority creditor's name and mailing address
Colorado Parks and Wildlife

P.O. Box 173923

Denver, CO 80217

Denver, CO 80217

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$60.50

---

**3.43** Nonpriority creditor's name and mailing address
Colorado West Broadcasting

3230-B South Glen Ave


Glennwood Springs, CO 81601

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$25,536.11

---

**3.44** Nonpriority creditor's name and mailing address
Comcast - Enterprise

PO Box 37601


Philadelphia, PA 19101

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$948.20

---

**3.45** Nonpriority creditor's name and mailing address
Comcast Business-ETH

PO Box 37601


Philapephia, PA 19104-0601

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$18,574.28

---

Debtor   __Futurum Communications Corporation_____   Case number *(if known)* _____
          Name

| Part 2: | Additional Page |

**3.46** Nonpriority creditor's name and mailing address
Comcast Technology Solutions-DIA

13431 Collections Center Drive

Chicago, IL 60693

Date or dates debt was incurred _____

Last 4 digits of account number   __T__ __2__ __0__ __0__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$48,529.00

---

**3.47** Nonpriority creditor's name and mailing address
Commissions -BS -eTech Broadband, LLC

Ken Olson

Norwood, CO 81423

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$34,928.75

---

**3.48** Nonpriority creditor's name and mailing address
Commissions-All Mountain Technologies

27 Main Street, Suite 200

Edwards, CO 81632

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,934.86

---

**3.49** Nonpriority creditor's name and mailing address
Commissions-All Mountain Technologies

27 Main Street, Suite 200

Edwards, CO 81632

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,555.00

---

**3.50** Nonpriority creditor's name and mailing address
Commissions-Allen IT

5700 Washington St.

Denver, CO 80216

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,136.32

---

Debtor   **Futurum Communications Corporation**                          Case number *(if known)* _____
Name

| Part 2: | Additional Page |
|---|---|

**3.51** Nonpriority creditor's name and mailing address

Commissions-Anchor Network Solutions

9233 Park Meadows Drive

LoneTree, CO 80124

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,158.09

**3.52** Nonpriority creditor's name and mailing address

Commissions-Automation Concepts Co

1250 Bergen Pkwy

Ste B100

Evergreen, CO 80439

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$840.00

**3.53** Nonpriority creditor's name and mailing address

Commissions-Brooktrout Telecom

2751 E Linvale Pl

Denver, CO 80210

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$171.91

**3.54** Nonpriority creditor's name and mailing address

Commissions-CommWest

302 South Ave

Grand Junction, CO 81501

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$773.33

**3.55** Nonpriority creditor's name and mailing address

Commissions-Confitel, LLC

William Kendrick

2253 Madison Dr.

Erie, CO 80516

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,585.63

Debtor   __Futurum Communications Corporation__                Case number *(if known)* _____
         Name

| Part 2: | Additional Page |

---

**3.56** Nonpriority creditor's name and mailing address

Commissions-CTG3, LLC

1232 250th Ave NE

Redmond, WA 98074

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,278.26

---

**3.57** Nonpriority creditor's name and mailing address

Commissions-Decypher Technologies

2700 Gilstrap Court

Ste 220

Glenwood Springs, CO 81601

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,140.46

---

**3.58** Nonpriority creditor's name and mailing address

Commissions-High Plains Computer Services

2841 Penstemon Way

Castle Rock, CO 80109

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$300.00

---

**3.59** Nonpriority creditor's name and mailing address

Commissions-IQWired Inc.

PO Box 460099

Denver, CO 80246

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$20,714.13

---

**3.60** Nonpriority creditor's name and mailing address

Commissions-Liberty Communications

510 Compton

Ste 101

Broomfield, CO 80020

Date or dates debt was incurred  _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$467.87

---

Debtor   __Futurum Communications Corporation__                                Case number *(if known)* _____
         Name

| Part 2: | Additional Page |

---

**3.61**  Nonpriority creditor's name and mailing address

Commissions-McGowan Consulting

288 28 Rd

Grand Junction, CO 81503

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,423.05

---

**3.62**  Nonpriority creditor's name and mailing address

Commissions-Mile High PC Solutions

10153 Scenic Ct

Firestone, CO 80504

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$733.32

---

**3.63**  Nonpriority creditor's name and mailing address

Commissions-MITech

276 S Tucson Circle

Aurora, CO 80012

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$431.69

---

**3.64**  Nonpriority creditor's name and mailing address

Commissions-NCS

200 W Main St

Farmington, NM 87401

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$274.19

---

**3.65**  Nonpriority creditor's name and mailing address

Commissions-Optimal Telecom Solutions

1925 Dominion way #101

Colorado Springs, CO 80918

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,034.02

---

Debtor      **Futurum Communications Corporation**                                    Case number *(if known)* _____
            <sub>Name</sub>

| Part 2: | Additional Page |

---

**3.66** Nonpriority creditor's name and mailing address
Commissions-Pegasus Communications

P.O. Box 440636

Aurora, CO 80044

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,062.03

---

**3.67** Nonpriority creditor's name and mailing address
Commissions-Pipertel Communications, LLC

PO Box 987

Evergreen, CO 80437

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$915.00

---

**3.68** Nonpriority creditor's name and mailing address
Commissions-PJV Consulting

2501 Locust St

Denver, CO 80207

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,583.69

---

**3.69** Nonpriority creditor's name and mailing address
Commissions-Radix Tech-CybertekSystems

c/o Believe Ventures

965 S 1st Street, Unit F110

Bennett, CO 80102

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,702.34

---

**3.70** Nonpriority creditor's name and mailing address
Commissions-RealCom Solutions

Attn: Charlie Bogart

5713 Headquarters Dr

Plano, TX 75024

Date or dates debt was incurred     _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$225.00

---

Debtor __**Futurum Communications Corporation**_____    Case number *(if known)* _____
　　　　　Name

| Part 2: | Additional Page |

**3.71** Nonpriority creditor's name and mailing address
Commissions-Rocky Mountain Tech Team

2525 Arapahoe Ave Unit E-4-184

Boulder, CO 80302

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$31,322.06

**3.72** Nonpriority creditor's name and mailing address
Commissions-Telecom Efficient

4610 S Ulster St

Ste 150

Denver, CO 80237

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,394.96

**3.73** Nonpriority creditor's name and mailing address
Commissions-Telecom National

1794 Boulder Moutain Rd

St George, UT 84790

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,404.30

**3.74** Nonpriority creditor's name and mailing address
Commissions-Total Solutions

454 Las Gallinas Ave, Ste 150

San Rafael, CA 94903

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,552.50

**3.75** Nonpriority creditor's name and mailing address
Commissions-Turnkey Telecom

6586 S Xenon St

Littleton, CO 80127

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$11,516.00

Debtor    __Futurum Communications Corporation__                               Case number *(if known)* _____
         Name

| Part 2: | Additional Page |

---

**3.76** Nonpriority creditor's name and mailing address

Commissions-Twisted Pair

Twisted Pair NM, LLC

406 McDonald Rd

Farmington, NM 87401

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$556.19

---

**3.77** Nonpriority creditor's name and mailing address

Commissions-Walnut Telecom Group

865 S. Cove Way

Denver, CO 80209

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,151.05

---

**3.78** Nonpriority creditor's name and mailing address

Commnet Atlantic Tele-Network

Attn: Accounts Receivable

400 Northridge Pkwy, Suite 325

Atlanta, GA 30350

Date or dates debt was incurred _____

Last 4 digits of account number __T__ __O__ __R__ __M__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$12,704.00

---

**3.79** Nonpriority creditor's name and mailing address

Community banks

PO Box 26526

Kansas Clty, MO 64196

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$314.78

---

**3.80** Nonpriority creditor's name and mailing address

Consolidated Call Center Services

dba Consolidated CCS

PO Box 861

Mattoon, IL 61938-0861

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,835.62

---

Debtor   **Futurum Communications Corporation**

Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |
|---|---|

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,850.00 |
|---|---|---|---|

**3.81** Nonpriority creditor's name and mailing address
CoreSite Services, Inc.

PO Box 74338

Cleveland, OH 44194-4338

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,850.00

---

**3.82** Nonpriority creditor's name and mailing address
Daniel J Culhane LLC

1600 Broadway

Suite 1400

Denver, CO 80202

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,937.50

---

**3.83** Nonpriority creditor's name and mailing address
Data102

Suite 220

Colorado Springs, CO 80903

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,045.80

---

**3.84** Nonpriority creditor's name and mailing address
Davis Graham & Stubbs

Suite 500

Denver, CO 80202

Date or dates debt was incurred _____

Last 4 digits of account number  0  7  9  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$21,927.55

---

**3.85** Nonpriority creditor's name and mailing address
DB Tech Inc.

Suite E

Bloomfield, NM 87413

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$80,511.70

---

Debtor    __Futurum Communications Corporation__                              Case number *(if known)* _____
Name

| Part 2: | Additional Page |

**3.86** Nonpriority creditor's name and mailing address

Delta Dental of Colorado

PO Box 912148

Denver, CO 80291-2148

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,351.80

**3.87** Nonpriority creditor's name and mailing address

Denver Fire Prevention Division

Attn: Permits

P.O. Box 733422

Dallas, TX 75373-3422

Date or dates debt was incurred    _____

Last 4 digits of account number    9  6  2  9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$578.05

**3.88** Nonpriority creditor's name and mailing address

Denver Gas & Electric - DGEB Meet Me Room

910 15th St, Ste 1050

Denver, CO 80202

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$25,013.66

**3.89** Nonpriority creditor's name and mailing address

Department of Treasury IRS CP504B

185 Little Park Road

Grand Junction, CO 81507

Date or dates debt was incurred    _____

Last 4 digits of account number    T  O  R  M

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$100.00

**3.90** Nonpriority creditor's name and mailing address

Ditch Witch of the Rockies

9000N I-35 Svc Rd

Oklahoma City, OK 73131

Date or dates debt was incurred    _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,440.29

Debtor   **Futurum Communications Corporation**               Case number *(if known)* _____
Name

| Part 2: | Additional Page |

---

**3.91** Nonpriority creditor's name and mailing address

Division Of Property Taxation

1313 N Sherman St Ste 419

Denver, CO 80203-2242

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,625.05

---

**3.92** Nonpriority creditor's name and mailing address

Douglas Wagner

P.O. Box 2457

Monument, CO 80132

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,195.00

---

**3.93** Nonpriority creditor's name and mailing address

DPE, LLC - GJISP - 2nd Palisade

575 South Westgate Drive

Unit A

Grand Junction, CO 81505

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.94** Nonpriority creditor's name and mailing address

DPE, LLC - Palisade & Gray Head

575 South Westgate Drive

Unit A

Grand Junction, CO 81505

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,952.50

---

**3.95** Nonpriority creditor's name and mailing address

Eagle County

500 Broadway

po box 479

Eagle, CO 81631-0479

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,399.06

---

Debtor    __Futurum Communications Corporation_____     Case number *(if known)* _____
              Name

| Part 2: | Additional Page |
| --- | --- |

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,933.28
Eagle County Treasurer
500 Broadway
po box 479
Eagle, CO 81631-0479

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $701.71
Edgeconnex
Suite 400

Herndon, VA 20171

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29.30
EXPRESSTOLL
22470 E Stephen D. Hogan Parkway
#110
Aurora, CO 80018

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82,817.44
ExteNet Systems Inc
3030 Warrenville Rd Ste 340

Lisle, IL 60532

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.00
Farmington, City of (Licensing)
800 Municipal Dr
Farmington, NM 87401-2663

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Debtor   __Futurum Communications Corporation__   Case number *(if known)* _____
         Name

| Part 2: | Additional Page |
|---------|-----------------|

**3.101** Nonpriority creditor's name and mailing address

Fast-Break Auto Glass

PO Box 3000-228

Edwards, CO 81632

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$582.94

---

**3.102** Nonpriority creditor's name and mailing address

FastTrack Communications

Ste 200

Durango, CO 81301

Date or dates debt was incurred   _____

Last 4 digits of account number   __T__ __O__ __R__ __M__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$32,839.86

---

**3.103** Nonpriority creditor's name and mailing address

Fiber Optic Supply

2171 S. Trenton Way

Denver, CO 80231-5359

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,755.00

---

**3.104** Nonpriority creditor's name and mailing address

Four States Communications

909 E Murray Dr

FARMINGTON, NM 87401

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$400.00

---

**3.105** Nonpriority creditor's name and mailing address

Gary Mills

PO Box 83

Florrisant, CO 80816

Date or dates debt was incurred   _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,200.00

---

Debtor   **Futurum Communications Corporation**                                         Case number *(if known)* _____
Name

| Part 2: | Additional Page |

**3.106** Nonpriority creditor's name and mailing address

Glenwood Caverns Adventure Park

51000 Two Rivers Plaza Rd

Glenwood Springs, CO 81601

Date or dates debt was incurred   _____

Last 4 digits of account number   T O R M

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$709.50

---

**3.107** Nonpriority creditor's name and mailing address

Gomerdinger & Associates LLC

Suite 1300

Greenwood Village, CO 80111

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$21,205.00

---

**3.108** Nonpriority creditor's name and mailing address

Grand Valley Power - 1200

PO Box 190

Grand Junction, CO 81502

Date or dates debt was incurred   _____

Last 4 digits of account number   1 2 0 0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.109** Nonpriority creditor's name and mailing address

Grand Valley Power-1301 48RD (AUTO)

PO Box 190

Grand Junction, CO 81502

Date or dates debt was incurred   _____

Last 4 digits of account number   1 3 0 1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$31.97

---

**3.110** Nonpriority creditor's name and mailing address

Grand Valley Power-2101 44RD (AUTO)

PO Box 190

Grand Junction, CO 81502

Date or dates debt was incurred   _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 29 of 57

Debtor      **Futurum Communications Corporation**                                   Case number *(if known)* _____
            Name

| Part 2: | Additional Page |

**3.111**  Nonpriority creditor's name and mailing address
Grand Valley Power-3010 Store (AUTO)

PO Box 190

Grand Junction, CO 81502

Date or dates debt was incurred                _____

Last 4 digits of account number          3   0   1   0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.112**  Nonpriority creditor's name and mailing address
Grand Valley Power-7102 Trnsmttr (AUTO)

PO Box 190

Grand Junction, CO 81502

Date or dates debt was incurred                _____

Last 4 digits of account number          7   1   0   2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.113**  Nonpriority creditor's name and mailing address
Grand Valley Telecommunications

123 North 7th St, #120

Grand Junction, CO 81501

Date or dates debt was incurred                _____

Last 4 digits of account number          3   5   1   3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,901.59

---

**3.114**  Nonpriority creditor's name and mailing address
Graybar

File 57072

Los Angeles, CA 90074-7072

Date or dates debt was incurred                _____

Last 4 digits of account number          ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,662.74

---

**3.115**  Nonpriority creditor's name and mailing address
Graybar Electric

480 E 55TH AVE

UNIT 500

denver, CO 80216-1762

Date or dates debt was incurred                _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$8,698.58

Debtor   **Futurum Communications Corporation**                          Case number *(if known)* _____
_____
Name

| Part 2: | Additional Page |
|---|---|

**3.116** | **Nonpriority creditor's name and mailing address**
GVNW Consulting

2211 N Minnesota St

Mitchell, SD 57301

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,570.00

---

**3.117** | **Nonpriority creditor's name and mailing address**
GVNW Consulting

2211 N Minnesota St

Mitchell, SD 57301

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,918.48

---

**3.118** | **Nonpriority creditor's name and mailing address**
GW Highlander, LLC

511 Butte Circle

Durango, CO 81301

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,216.41

---

**3.119** | **Nonpriority creditor's name and mailing address**
H5 Data Centers

9320 Wilshire Boulevard

#300

Beverly Hills, CA 90212

Date or dates debt was incurred _____

Last 4 digits of account number  t  h  o  u

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$818.00

---

**3.120** | **Nonpriority creditor's name and mailing address**
Hanover Insurance Company (Auto)

PO Box 15083

Worcester, MA 01615-0083

Date or dates debt was incurred _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

Debtor   **Futurum Communications Corporation**                          Case number *(if known)* _____
_____
Name

| Part 2: | Additional Page |
|---|---|

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $286.44 |

Hercules Storage Containers

281 S Skyline Dr unit c

Durango, CO 81303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |

High Mtn Messenger LLC dbaThe Mtn Jackpot

dba The Mountain Jackpot

PO Box 116

Woodland Park, CO 80866

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,854.00 |

Hoak Media

Attn: Randy Stone

345 Hillcrest Manor

Grand Junction, CO 81501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.70 |

Holy Cross Energy

3799 CO-82

Glenwood Springs, CO 81601-9349

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.17 |

Holy Cross Energy - 500655400

3799 Highway 82

PO Box 2150

Glenwood Springs, CO 81602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred          _____

---

Debtor   **Futurum Communications Corporation**                      Case number *(if known)* _____
Name

| Part 2: | Additional Page |

**3.126** | **Nonpriority creditor's name and mailing address**
Holy Cross Energy - 500922300

3799 Highway 82

PO Box 2150

Glenwood Springs, CO 81602

Date or dates debt was incurred   _____

Last 4 digits of account number   2  3  0  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$56.59

---

**3.127** | **Nonpriority creditor's name and mailing address**
Holy Cross Energy - 501016400

3799 Highway 82

PO Box 2150

Glenwood Springs, CO 81602

Date or dates debt was incurred   _____

Last 4 digits of account number   6  4  0  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$59.58

---

**3.128** | **Nonpriority creditor's name and mailing address**
Holy Cross Energy - 501024100

3799 Highway 82

PO Box 2150

Glenwood Springs, CO 81602

Date or dates debt was incurred   _____

Last 4 digits of account number   4  1  0  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,784.28

---

**3.129** | **Nonpriority creditor's name and mailing address**
Holy Cross Energy - 501429300

3799 Highway 82

PO Box 2150

Glenwood Springs, CO 81602

Date or dates debt was incurred   _____

Last 4 digits of account number   9  3  0  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.130** | **Nonpriority creditor's name and mailing address**
Hurricane Electric Internet Services

760 Mission Court

Fremont, CA 94539

Date or dates debt was incurred   _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$900.00

Debtor    __Futurum Communications Corporation__                      Case number *(if known)* _____
          Name

| Part 2: | Additional Page |

**3.131** Nonpriority creditor's name and mailing address
iconectiv

dba - iconectiv

Church Street Station

New York, NY 10249

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,217.28

---

**3.132** Nonpriority creditor's name and mailing address
iconectiv

dba - iconectiv

Church Street Station

New York, NY 10249

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,209.00

---

**3.133** Nonpriority creditor's name and mailing address
Image Bearer Cleaning

684 Bradford Dr

Woodland Park, CO 80863

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,200.00

---

**3.134** Nonpriority creditor's name and mailing address
Impact Telecom/Matrix Telcom LLC

400 East Las Colinas Blvd., Suite 500

Irving, TX 75039

Date or dates debt was incurred          _____

Last 4 digits of account number      __E__ __+__ __1__ __1__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$990.00

---

**3.135** Nonpriority creditor's name and mailing address
Insight Solutions Consulting LLC

Unit K-2 110

Westminster, CO 80021

Date or dates debt was incurred          _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$20,407.92

---

Debtor   **Futurum Communications Corporation**                                    Case number *(if known)* _____
    Name

| Part 2: | Additional Page |

**3.136** **Nonpriority creditor's name and mailing address**
Insite

1199 N. Fairfax Street #700

Alexandria, VA 22314

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,132.77

---

**3.137** **Nonpriority creditor's name and mailing address**
Inteliquent

9081 Paysphere Circle

Chicago, IL 60674-0090

Date or dates debt was incurred   _____

Last 4 digits of account number   8  3  9  1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$36,792.29

---

**3.138** **Nonpriority creditor's name and mailing address**
Intelpath

PO Box 145

Hinsdale, IL 60522

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,960.00

---

**3.139** **Nonpriority creditor's name and mailing address**
Intelpath Co.

PO Box 145

Hinsdale, IL 60522

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,045.00

---

**3.140** **Nonpriority creditor's name and mailing address**
Interstate TRS Fund

PO Box 62634

Baltimore, MD 21264-2631

Date or dates debt was incurred   _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$764.02

---

Debtor    **Futurum Communications Corporation**                           Case number *(if known)* _____
          Name

| Part 2: | Additional Page |

---

**3.141** Nonpriority creditor's name and mailing address

Intrado Life and Safety Inc.

P.O. Box 74007077

Chicago, IL 60674-7077

Date or dates debt was incurred    _____

Last 4 digits of account number    2  9  4  8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$12,454.68**

---

**3.142** Nonpriority creditor's name and mailing address

IREA

PO Box 6437

Carol Stream, IL 60197-6437

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$54.03**

---

**3.143** Nonpriority creditor's name and mailing address

ISP Supplies

10770 Hwy 30

College Station, TX 77845

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6,303.28**

---

**3.144** Nonpriority creditor's name and mailing address

ISPN

14303 West 95th Street

Lenexa, KS 66215

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$5,136.02**

---

**3.145** Nonpriority creditor's name and mailing address

IX - West / IX - Denver

4572 Cheyenne Dr

Larkspur, CO 80118

Date or dates debt was incurred    _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$200.00**

---

Debtor   __**Futurum Communications Corporation**__         Case number *(if known)* _____
         Name

| Part 2: | Additional Page |
|---|---|

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $872.29
Jefferson County Treasurer

County Treasurer

100 Jefferson County Parkway 2520

Golden, CO 80419-2520

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred         _____

Last 4 digits of account number      __ __ __ __

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00
Jerry G & Marcia C Browder

504 Seville Rd

Denton, TX 76205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred         _____

Last 4 digits of account number      __ __ __ __

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,650.00
John R. Murawski

1708 Ross Lane

Jamison, PA 18929

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred         _____

Last 4 digits of account number      __ __ __ __

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00
John Vomastic

Manitou Springs, CO 80829

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred         _____

Last 4 digits of account number      __ __ __ __

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,882.50
Jones & Keller

Suite 3150

1999 Broadway

Denver, CO 80202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred         _____

Last 4 digits of account number      __ D  L  B

Debtor   **Futurum Communications Corporation**
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

---

**3.151** | **Nonpriority creditor's name and mailing address**
Joseph Dohrn

1231 Charwest Dr

Woodland Park, CO 80863

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$200.00

---

**3.152** | **Nonpriority creditor's name and mailing address**
Kaiser Permanente

PO BOX 711697

Denver, CO 80271-1697

Date or dates debt was incurred _____

Last 4 digits of account number  #   #   #   #

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,619.31

---

**3.153** | **Nonpriority creditor's name and mailing address**
KDH Landscaping

P.O. Box 1912

Eagle, CO 81631

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$600.00

---

**3.154** | **Nonpriority creditor's name and mailing address**
Kelly, Patricia

407 Saint Ida Cir

Lafayette, CO 80026

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$340.00

---

**3.155** | **Nonpriority creditor's name and mailing address**
Kevin Stewart

Kellogg, ID 83837

Date or dates debt was incurred _____

Last 4 digits of account number  3   1   1   2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$200.25

---

Debtor   **Futurum Communications Corporation**          Case number *(if known)* _____
    Name

| Part 2: | Additional Page |
| --- | --- |

---

**3.156**  **Nonpriority creditor's name and mailing address**

KOTO

San Miguel Educational Fund PO Box 1069 Telluride CO
81435 970-728-4334 970-728-4334

_____

_____

**Date or dates debt was incurred**          _____

**Last 4 digits of account number**   <u>T   O   R   M</u>

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$750.00

---

**3.157**  **Nonpriority creditor's name and mailing address**

La Plata County Clerk & Recorder

% TIFFANY LEE PARKER

98 EVERETT STREET SUITE A

DURANGO, CO 81303

**Date or dates debt was incurred**          _____

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$190.77

---

**3.158**  **Nonpriority creditor's name and mailing address**

La Plata Electric Assocation Inc

PO BOX 2750

Durango, CO 81302-2750

**Date or dates debt was incurred**          _____

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$670.17

---

**3.159**  **Nonpriority creditor's name and mailing address**

Lance JM Steinhart P.C.

1725 Windward Concourse Ste 150

Alpharetta, GA 30005

**Date or dates debt was incurred**          _____

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,000.00

---

**3.160**  **Nonpriority creditor's name and mailing address**

LEAF 002

PO Box 5066

Hartford, CT 06102-5066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$40,000.00

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page <u>39</u> of <u>57</u>

Debtor  **Futurum Communications Corporation**                          Case number *(if known)* _____
      Name

| Part 2: | Additional Page |

**3.161**  Nonpriority creditor's name and mailing address

**LEAF 003**

**PO Box 5066**

**Hartford, CT 06102-5066**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$75,000.00

---

**3.162**  Nonpriority creditor's name and mailing address

**Lena Gulch Metro District**

**1546 Cole Blvd #240**

**Attn: Michelle Miley-Martin**

**Lakewood, CO 80401**

Date or dates debt was incurred  _____

Last 4 digits of account number  __T__ __C__ __O__ __M__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$8,531.44

---

**3.163**  Nonpriority creditor's name and mailing address

**LetterHub.com**

**Robbinsville Township, NJ 8691**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,000.00

---

**3.164**  Nonpriority creditor's name and mailing address

**Louis & Patricia Goldman**

**PO Box 81**

**Cripple Creek, CO 80813**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$300.00

---

**3.165**  Nonpriority creditor's name and mailing address

**Mammoth Networks**

**PO Box 2799**

**Gillette, WY 82717-2799**

Date or dates debt was incurred  _____

Last 4 digits of account number  __F__ __O__ __R__ __E__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,161.60

---

Debtor    __Futurum Communications Corporation__                                     Case number *(if known)* _____
          Name

| Part 2: | Additional Page |
|---|---|

**3.166** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,140.00
Mammoth Networks

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 2799

**Basis for the claim:** _____

Gillette, WY 82717-2799

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number    ___ ___ ___ ___

**3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00
Mass, Wayne

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

71 N. EAGLE VIEW DR

**Basis for the claim:** _____

DURANGO, CO 81303-6686

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number    _T_ _O_ _R_ _M_

**3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,392.77
Massive Networks

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 270059

**Basis for the claim:** _____

Louisville, CO 80027

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number    ___ ___ ___ ___

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $180,000.00
Merle Jo Crandall

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 99

**Basis for the claim:** _____

Pinedale, WY 82941

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number    ___ ___ ___ ___

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $480.00
Meshcasting

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

2590 Walnut Street

**Basis for the claim:** _____

Denver, CO 80205

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____

Debtor   **Futurum Communications Corporation**                                    Case number *(if known)* _____
         Name

---

| **Part 2:** | Additional Page |

---

**3.171** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $42,454.50
Metaswitch Networks | *Check all that apply.*
| ☐ Contingent
11600 Sunrise Valley Drive | ☐ Unliquidated
| ☐ Disputed
Suite 380 |
| **Basis for the claim:** _____
Reston, VA 20191 |
| **Is the claim subject to offset?**
Date or dates debt was incurred   _____ | ☑ No
| ☐ Yes
Last 4 digits of account number   __ __ __ __ |

**3.172** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $537.38
Mid America Computer Corp (MACC) | *Check all that apply.*
| ☐ Contingent
P.O. Box 700 | ☐ Unliquidated
| ☐ Disputed
| **Basis for the claim:** _____
Blair, NE 68008 |
| **Is the claim subject to offset?**
Date or dates debt was incurred   _____ | ☑ No
| ☐ Yes
Last 4 digits of account number   __ __ __ __ |

**3.173** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,806.05
Mid America Computer Corporation | *Check all that apply.*
| ☐ Contingent
P.O. Box 700 | ☐ Unliquidated
| ☐ Disputed
| **Basis for the claim:** _____
Blair, NE 68008 |
| **Is the claim subject to offset?**
Date or dates debt was incurred   _____ | ☑ No
| ☐ Yes
Last 4 digits of account number   __ __ __ __ |

**3.174** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,750.00
MobiTV Inc. | *Check all that apply.*
| ☐ Contingent
1900 Powell Street #900 | ☐ Unliquidated
| ☐ Disputed
| **Basis for the claim:** _____
Emeryville, CA 94608 |
| **Is the claim subject to offset?**
Date or dates debt was incurred   _____ | ☑ No
| ☐ Yes
Last 4 digits of account number   __ __ __ __ |

**3.175** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00
Neal Stelting - Merle Joe Crandall | *Check all that apply.*
| ☐ Contingent
145 E Pine St, 2nd Floor | ☐ Unliquidated
| ☐ Disputed
PO Box 2433 |
| **Basis for the claim:** _____
Pinedale, WY 82941 |
| **Is the claim subject to offset?**
Date or dates debt was incurred   _____ | ☑ No
| ☐ Yes

Debtor    **Futurum Communications Corporation**                                    Case number *(if known)* _____
          Name

| Part 2: | Additional Page |
|---|---|

**3.176**  **Nonpriority creditor's name and mailing address**

NECA

PO Box 2003

Hicksville, NY 11802

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$165.00

---

**3.177**  **Nonpriority creditor's name and mailing address**

NENA

PO Box 37151

Baltimore, MD 21297-3151

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$599.00

---

**3.178**  **Nonpriority creditor's name and mailing address**

Neustar

Bank of America

PO Box 403034

Atlanta, GA 30384-3034

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,425.76

---

**3.179**  **Nonpriority creditor's name and mailing address**

Neustar, Inc.

Bank of America

PO Box 403034

Atlanta, GA 30384-3034

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$177.73

---

**3.180**  **Nonpriority creditor's name and mailing address**

Novacomm LLC

PO Box 9429

Avon, CO 81620

Date or dates debt was incurred    _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$362.94

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 43 of 57

Debtor   __Futurum Communications Corporation__                     Case number *(if known)* _____
          Name

| Part 2: | Additional Page |

**3.181** **Nonpriority creditor's name and mailing address**
Onvoy - 001556385491

9081 Paysphere Circle

Chicago, IL 60674-0090

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,594.04

---

**3.182** **Nonpriority creditor's name and mailing address**
Onvoy - 001556422325

9081 Paysphere Circle

Chicago, IL 60674-0090

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$57.38

---

**3.183** **Nonpriority creditor's name and mailing address**
Orkin

PO Box 7161

Pasadena, CA 91109-7161

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,290.00

---

**3.184** **Nonpriority creditor's name and mailing address**
P & L Properties

Dena Carpenter

101 3rd Street, Suite 360

Grand Junction, CO 81501

Date or dates debt was incurred   _____

Last 4 digits of account number   __T_ _O_ _R_ _M_

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$515.00

---

**3.185** **Nonpriority creditor's name and mailing address**
packetfabric

9920 Jefferson Blvd

Culver City, CA 90232

Date or dates debt was incurred   _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,648.98

---

Debtor   __Futurum Communications Corporation__
Name            Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

**3.186** | Nonpriority creditor's name and mailing address

Parker, Steve

P.O. Box 618

Azle, TX 76098

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$100.00

---

**3.187** | Nonpriority creditor's name and mailing address

Pinnacol assurance servcie hub

7501 E Lowery Blvd

Denver, CO 80230

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$265.00

---

**3.188** | Nonpriority creditor's name and mailing address

Rackspace

1 Fanatical Place City of Windcrest

San Antonio, TX 78218

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$832.08

---

**3.189** | Nonpriority creditor's name and mailing address

Reel Axis

1902 Wright Pl

Carlsbad, CA 92008

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,000.00

---

**3.190** | Nonpriority creditor's name and mailing address

Region 10

145 S Cascade Ave

Montrose, CO 81401

Date or dates debt was incurred _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$259.90

---

Debtor    **Futurum Communications Corporation**                                   Case number *(if known)* _____
Name

| Part 2: | Additional Page |

---

**3.191**  **Nonpriority creditor's name and mailing address**
RMTT

2525 Arapahoe Ave. #E4-184

Boulder, CO 80302

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,523.44

---

**3.192**  **Nonpriority creditor's name and mailing address**
Rocky Mountain Broadband LLC-Auto

2B Heritage Village

Southbury, CT 6488

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00

---

**3.193**  **Nonpriority creditor's name and mailing address**
san juan copy

434 Turner Drive 2B

Durnago, CO 81303

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$18.35

---

**3.194**  **Nonpriority creditor's name and mailing address**
San Miguel Power Assn - 41345

PO BOX 817

NUCLA, CO 81424-0817

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$9.79

---

**3.195**  **Nonpriority creditor's name and mailing address**
San Miguel Power Assn Auto - 34401

PO BOX 817

NUCLA, CO 81424-0817

Date or dates debt was incurred    _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1.95

---

Debtor    **Futurum Communications Corporation**                             Case number *(if known)* _____
       Name

| **Part 2:** | Additional Page |
|---|---|

---

**3.196** | **Nonpriority creditor's name and mailing address**
San Miguel Power Assn Auto - 35

PO BOX 817

NUCLA, CO 81424-0817

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$583.00**

---

**3.197** | **Nonpriority creditor's name and mailing address**
Sanders, Cody

12191 County Road 120

Hesperus, CO 81326

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$230.00**

---

**3.198** | **Nonpriority creditor's name and mailing address**
SBA Towers

Attn Accounts Receivable

P.O. Box 933730

Atlanta, GA 31193-3730

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6,555.29**

---

**3.199** | **Nonpriority creditor's name and mailing address**
SHC Landscape co

PO BOX 2049

Eagle, CO 81631

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$275.02**

---

**3.200** | **Nonpriority creditor's name and mailing address**
Sherman, Laura

P.O. Box 591

Norwood, CO 81423

Date or dates debt was incurred   _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,445.56**

---

Debtor    __Futurum Communications Corporation__                                    Case number *(if known)* _____
Name

## Part 2:  Additional Page

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,621.60 |
|---|---|---|---|

**3.201**

**Nonpriority creditor's name and mailing address**
Siklu Inc.

Mizrahi Tefahot Bank LTD

800 Wilshire Blvd. #1410

Los Angeles, CA 90017

Date or dates debt was incurred          _____

Last 4 digits of account number      ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,621.60

---

**3.202**

**Nonpriority creditor's name and mailing address**
Southwest Mobil Storage Inc

1005 N 50th Street

Phoenix, AZ 85008

Date or dates debt was incurred          _____

Last 4 digits of account number      ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$83.41

---

**3.203**

**Nonpriority creditor's name and mailing address**
SpectraSite Communications

29641 Network Place

Chicago, IL 60673-1296

Date or dates debt was incurred          _____

Last 4 digits of account number      ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,017.22

---

**3.204**

**Nonpriority creditor's name and mailing address**
Spring Creek Cable

PO BOX 2027

Montrose, CO 81402

Date or dates debt was incurred          _____

Last 4 digits of account number      ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,550.05

---

**3.205**

**Nonpriority creditor's name and mailing address**
Springs Mountain Water

123 Winters Drive

Colorado Springs, CO 80907

Date or dates debt was incurred          _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$97.98

Debtor   __Futurum Communications Corporation__   Case number *(if known)* _____
           Name

| Part 2: | Additional Page |

---

**3.206** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$340.00**
St. Ours, Thomas
*Check all that apply.*
PO Box 409
☐ Contingent
☐ Unliquidated
☐ Disputed

DURANGO, CO 81302-0409
**Basis for the claim:** _____

**Is the claim subject to offset?**
Date or dates debt was incurred   _____
☑ No
Last 4 digits of account number   ___ ___ ___ ___
☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$35.00**
Steven King
*Check all that apply.*
180 Ellsworth St
☐ Contingent
☐ Unliquidated
☐ Disputed

Colorado Springs, CO 80906
**Basis for the claim:** _____

**Is the claim subject to offset?**
Date or dates debt was incurred   _____
☑ No
Last 4 digits of account number   ___ ___ ___ ___
☐ Yes

---

**3.208** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,825.00**
Strata Data Center
*Check all that apply.*
PO Box 400
☐ Contingent
☐ Unliquidated
☐ Disputed

Roosevelt, UT 84066
**Basis for the claim:** _____

**Is the claim subject to offset?**
Date or dates debt was incurred   _____
☑ No
Last 4 digits of account number   ___ ___ ___ ___
☐ Yes

---

**3.209** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,488.00**
SWCCOG
*Check all that apply.*
Ste B
☐ Contingent
☐ Unliquidated
☐ Disputed

Durango, CO 81303
**Basis for the claim:** _____

**Is the claim subject to offset?**
Date or dates debt was incurred   _____
☑ No
Last 4 digits of account number   _u_ _g_ _h_ _t_
☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,647.92**
Telco Systems
*Check all that apply.*
15 Berkshire Road
☐ Contingent
☐ Unliquidated
☐ Disputed

Mansfield, MA 2048
**Basis for the claim:** _____

**Is the claim subject to offset?**
Date or dates debt was incurred   _____
☑ No
☐ Yes

Debtor     **Futurum Communications Corporation**                              Case number *(if known)* _____
            Name

| Part 2: | Additional Page |

**3.211** Nonpriority creditor's name and mailing address

Telecom Professionals

PO Box 720128

Oklahoma City, OK 73172-0128

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,527.95

---

**3.212** Nonpriority creditor's name and mailing address

Telecom Professionals, Inc.

1725 Windward Concourse Ste 150

Alpharetta, GA 30005

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,883.81

---

**3.213** Nonpriority creditor's name and mailing address

Telecom Surplus Resources, Inc.

Suite 3H

Denver, CO 80223

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,348.15

---

**3.214** Nonpriority creditor's name and mailing address

Temp Fence USA

Unit B

Colorado Springs, CO 80907

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$775.00

---

**3.215** Nonpriority creditor's name and mailing address

Tower Distribution Company

Accounts Receivable

5980 Collection Center Drive

Chicago, IL 60693

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$10.02

---

Debtor   **Futurum Communications Corporation**
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

**3.216** | Nonpriority creditor's name and mailing address
Town of Eagle

200 Broadway

PO Box 609

Eagle, CO 81631

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$46,000.00**

---

**3.217** | Nonpriority creditor's name and mailing address
Town Of Eagle - Lease

200 Broadway

PO Box 609

Eagle, CO 81631

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$520.00**

---

**3.218** | Nonpriority creditor's name and mailing address
Town Of Mountain Village

Finance Department

455 Mountain Village Blvd. #A

Mountain Village, CO 81435

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$500.00**

---

**3.219** | Nonpriority creditor's name and mailing address
Town of Red Cliff.

P.O. Box 40

Red Cliff, CO 81649-0040

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,181.06**

---

**3.220** | Nonpriority creditor's name and mailing address
Transaction Network Services

15847 Collection Center Drive

Chicago, IL 60696

Date or dates debt was incurred   _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$14,984.34**

Debtor      __Futurum Communications Corporation__                    Case number *(if known)* _____
                Name

| Part 2: | Additional Page |

**3.221** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $32,580.82
|          | Transaction Network Services Inc | *Check all that apply.* |
|          | 15847 Collection Center Drive | ☐ Contingent |
|          |                                  | ☐ Unliquidated |
|          |                                  | ☐ Disputed |
|          | Chicago, IL 60696 | **Basis for the claim:** _____ |
|          |                    | **Is the claim subject to offset?** |
|          | Date or dates debt was incurred   _____ | ☑ No |
|          |                                                 | ☐ Yes |
|          | Last 4 digits of account number  __ __ __ __ |

**3.222** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $111.25
|          | U.S. Cleaning Professionals, Inc | *Check all that apply.* |
|          | PO Box 1285 | ☐ Contingent |
|          |             | ☐ Unliquidated |
|          |             | ☐ Disputed |
|          | Dillon, CO 80435 | **Basis for the claim:** _____ |
|          |                  | **Is the claim subject to offset?** |
|          | Date or dates debt was incurred   _____ | ☑ No |
|          |                                                 | ☐ Yes |
|          | Last 4 digits of account number  __ __ __ __ |

**3.223** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,677.04
|          | United Healthcare | *Check all that apply.* |
|          | PO Box 94017 | ☐ Contingent |
|          |              | ☐ Unliquidated |
|          |              | ☐ Disputed |
|          | Palatine, IL 60094-0151 | **Basis for the claim:** _____ |
|          |                         | **Is the claim subject to offset?** |
|          | Date or dates debt was incurred   _____ | ☑ No |
|          |                                                 | ☐ Yes |
|          | Last 4 digits of account number  __ __ __ __ |

**3.224** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,997.08
|          | United States Department of the Interior | *Check all that apply.* |
|          | 1849 C St Nw | ☐ Contingent |
|          | Washington, DC 20240-0001 | ☐ Unliquidated |
|          |                           | ☐ Disputed |
|          |                           | **Basis for the claim:** _____ |
|          |                           | **Is the claim subject to offset?** |
|          | Date or dates debt was incurred   _____ | ☑ No |
|          | Last 4 digits of account number  __ __ __ __ | ☐ Yes |

**3.225** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $33.66
|          | UPS | *Check all that apply.* |
|          | PO Box 650116 | ☐ Contingent |
|          |               | ☐ Unliquidated |
|          |               | ☐ Disputed |
|          | Dallas, TX 75265-0116 | **Basis for the claim:** _____ |
|          |                       | **Is the claim subject to offset?** |
|          | Date or dates debt was incurred   _____ | ☑ No |
|          |                                                 | ☐ Yes |
|          | Last 4 digits of account number  __ __ __ __ |

Debtor   __Futurum Communications Corporation_____   Case number *(if known)* _____
         Name

---

**Part 2:**   Additional Page

---

**3.226**  Nonpriority creditor's name and mailing address

USIC Locating Services, LLC

PO Box 713359

Cincinnati, OH 45271

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$16,707.45

---

**3.227**  Nonpriority creditor's name and mailing address

USIC Locating Services, LLC

PO Box 713359

Cincinnati, OH 45271

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$10,560.53

---

**3.228**  Nonpriority creditor's name and mailing address

Ute Pass Concrete-Sand & Gravel

20575 Highway 24

Woodland Park, CO 80863

Date or dates debt was incurred   _____

Last 4 digits of account number   _r_ _n_ _e_ _t_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$154.16

---

**3.229**  Nonpriority creditor's name and mailing address

Verizon

PO BOX 15043

Albany , NY 12212-5043

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$6,666.35

---

**3.230**  Nonpriority creditor's name and mailing address

Vero Fiber Networks, LLC

1023 Walnut St

Boulder, CO 80306

Date or dates debt was incurred   _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$16,379.27

---

Debtor     __Futurum Communications Corporation__                                    Case number *(if known)* _____
Name

| Part 2: | Additional Page |

**3.231** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,349.24

Vertiv

1050 Dearborn Drive

Columbus, OH 43085

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.232** Nonpriority creditor's name and mailing address

VETRO FiberMap

80 Congress Street Third Floor

Portland, ME 4101

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$750.00

---

**3.233** Nonpriority creditor's name and mailing address

viiz Communications Inc

PO Box 734602

Dallas, TX 75373-4602

Date or dates debt was incurred _____

Last 4 digits of account number  2  4  6  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$46.35

---

**3.234** Nonpriority creditor's name and mailing address

VRE Towers LLC

1418 Bradley Avenue

Cheyenne, WY 82001

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$410.57

---

**3.235** Nonpriority creditor's name and mailing address

WAV Inc

Aurora, IL 60502

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,491.75

---

Debtor     __Futurum Communications Corporation__                              Case number *(if known)* _____
              Name

| Part 2: | Additional Page |

---

**3.236** Nonpriority creditor's name and mailing address

Wells Fargo Credit Card

PO Box 10347

Des Moines, IA 50306-0347

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$38.33

---

**3.237** Nonpriority creditor's name and mailing address

Wells Fargo LOC (Auto)

PO Box 29482

Phoenix, AZ 85038-8650

Date or dates debt was incurred     _____

Last 4 digits of account number     5   0   4   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$48,435.00

---

**3.238** Nonpriority creditor's name and mailing address

Werks Auto & Diesel Repair, LLC

PO Box 2219

Gypsum, CO 81637

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,090.27

---

**3.239** Nonpriority creditor's name and mailing address

Western Peaks Logistics

PO Box 150147

Ogden, UT 84415-0147

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$399.48

---

**3.240** Nonpriority creditor's name and mailing address

Western Slope Beverage

PO Box 3779

Eagle, CO 81631-3779

Date or dates debt was incurred     _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

Debtor   **Futurum Communications Corporation**
Name
        Case number *(if known)* _____

---

**Part 2:**   Additional Page

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $998.33 |
|---|---|---|---|

**3.241**

Nonpriority creditor's name and mailing address

Western Slope Communications, LLC

Attn:General Manager

751 Horizon Court Suite 225

Grand Junction, CO 81506

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$998.33

---

**3.242**

Nonpriority creditor's name and mailing address

Wisner, Jaime

Durango, CO 81301

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,030.00

---

**3.243**

Nonpriority creditor's name and mailing address

Zayo 4566

PO Box 952136

Dallas, TX 75395-2136

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$175,641.00

---

Debtor   **Futurum Communications Corporation**
         Name                                                      Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $170,147.08 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $2,439,051.39 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $2,609,198.47 |

Fill in this information to identify the case:

Debtor name _____ Futurum Communications Corporation _____

United States Bankruptcy Court for the:

_____ District of Colorado _____

Case number (if known): _____   Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Office Lease | Galt's Gulch |
| | | Contract to be ASSUMED | 2347 Curtis St. |
| | **State the term remaining** | 0 months | Denver, CO 80205 |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | Office Lease | Luchies/Chaparrel |
| | | Contract to be ASSUMED | Po Box 3424 |
| | **State the term remaining** | 21 months | Durango, CO 81302-3424 |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Office :ease | FHC Properties LLC |
| | | Contract to be ASSUMED | |
| | **State the term remaining** | 55 months | Woodland Park, CO 80863 |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

```
Fill in this information to identify the case:

Debtor name          Futurum Communications Corporation

United States Bankruptcy Court for the:

                     District of Colorado

Case number (if known): _____
```

☐ Check if this is an
   amended filing

## Official Form 206H

## Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| _Column 1:_ **Codebtor** | | _Column 2:_ **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | _Check all schedules that apply:_ |
| **2.1** _____ | Street _____ <br><br> _____ <br> City            State     ZIP Code | | |
| **2.2** _____ | Street _____ <br><br> _____ <br> City            State     ZIP Code | | |
| **2.3** _____ | Street _____ <br><br> _____ <br> City            State     ZIP Code | | |
| **2.4** _____ | Street _____ <br><br> _____ <br> City            State     ZIP Code | | |
| **2.5** _____ | Street _____ <br><br> _____ <br> City            State     ZIP Code | | |

Debtor    Futurum Communications Corporation         Case number *(if known)* _____
         Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.6 _____ | _____<br>Street<br><br>_____<br><br>City      State   ZIP Code | | |

**Fill in this information to identify the case:**

Debtor name _____ Futurum Communications Corporation _____

United States Bankruptcy Court for the:

District of Colorado

Case number (if known): _____

❑ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑   *Schedule H: Codebtors* (Official Form 206H)

❑   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

❑   *Amended Schedule* _____

❑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/22/2021 _____
              MM/  DD/  YYYY

**X** /s/ Jawaid Bazyar _____
Signature of individual signing on behalf of debtor

Jawaid Bazyar _____
Printed name

President _____
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name _____ Futurum Communications Corporation _____

United States Bankruptcy Court for the:
_____ District of Colorado _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 American Express PO Box 650448 Dallas, TX 75265-0448 | 800-492-3344 | | | | | $52,049.08 |
| 2 Calix PO Box 843163 Dallas, TX 75284-3163 | 408-601-4074 | | | | | $25,380.38 |
| 3 CenturyLink CenturyLink - Access Billing CABS 2 Tower South Monroe, LA 71211-4648 | 800.335.5672 ext 5290 | | | | | $540,000.00 |
| 4 Centurylink 5-YBSMFPDM-A CenturyLink - Access Billing CABS 2 Tower South Monroe, LA 71211-4648 | 800.335.5672 ext 5290 | | | | | $25,844.06 |
| 5 Colorado West Broadcasting 3230-B South Glen Ave Glennwood Springs, CO 81601 | | | | | | $25,536.11 |
| 6 Comcast Technology Solutions-DIA 13431 Collections Center Drive Chicago, IL 60693 | | | | | | $48,529.00 |
| 7 Commissions -BS -eTech Broadband, LLC Ken Olson Norwood, CO 81423 | (970) 708-1109 | | | | | $34,928.75 |
| 8 Commissions-Rocky Mountain Tech Team 2525 Arapahoe Ave Unit E-4-184 Boulder, CO 80302 | 303-775-3680 | | | | | $31,322.06 |

Debtor   Futurum Communications Corporation _____   Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | DB Tech Inc. Suite E Bloomfield, NM 87413 | (505) 330-9612 | | | | | $80,511.70 |
| 10 | ExteNet Systems Inc 3030 Warrenville Rd Ste 340 Lisle, IL 60532 | 630-505-3800 | | | | | $82,817.44 |
| 11 | FastTrack Communications Ste 200 Durango, CO 81301 | (970) 828-1004 | | | | | $32,839.86 |
| 12 | Inteliquent 9081 Paysphere Circle Chicago, IL 60674-0090 | 312-384-8078 | | | | | $36,792.29 |
| 13 | LEAF 002 PO Box 5066 Hartford, CT 06102-5066 | 866-219-7924 | | | | | $40,000.00 |
| 14 | LEAF 003 PO Box 5066 Hartford, CT 06102-5066 | 866-219-7924 | | | | | $75,000.00 |
| 15 | Merle Jo Crandall PO Box 99 Pinedale, WY 82941 | 307-367-2623 | | | | | $180,000.00 |
| 16 | Metaswitch Networks 11600 Sunrise Valley Drive Suite 380 Reston, VA 20191 | 703.480.0500 | | | | | $42,454.50 |
| 17 | Town of Eagle 200 Broadway PO Box 609 Eagle, CO 81631 | | | | | | $46,000.00 |
| 18 | Transaction Network Services Inc 15847 Collection Center Drive Chicago, IL 60696 | (866) 421-6984 | | | | | $32,580.82 |
| 19 | Wells Fargo LOC (Auto) PO Box 29482 Phoenix, AZ 85038-8650 | 800-225-5935 | | | | | $48,435.00 |
| 20 | Zayo 4566 PO Box 952136 Dallas, TX 75395-2136 | (800)390-6094 | | | | | $175,641.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**
**DENVER DIVISION**

IN RE: **Futurum Communications Corporation**                      CASE NO

                                                                CHAPTER **11**


## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____ 03/22/2021 _____     Signature _____ /s/ Jawaid Bazyar _____
                                                          Jawaid Bazyar, President

A1 Fiber Optics, LLC
Suite 400-348
Grand Junction, CO 81505


Ally
PO Box 380902
Bloomington, MN 55438-0902


Altec Capital
33 Inverness Center Pkwy
Suite 200
Birmingham, AL 35242


American Express
PO Box 650448
Dallas, TX 75265-0448


American Tower
29637 Network Place
Chicago, IL 60673-1296


Andrew Wommack Ministries
1 Innovation Way Ste B
Woodland Park, CO 80863


APEX Security
410 SW COLUMBIA STREET
Ste 120
Bend, OR 97702


APEX Security Fire Alarm
410 SW COLUMBIA STREET
Ste 120
Bend, OR 97702

Arapahoe County Treasurer
5334 S Prince St
Littleton, CO 80120-1136

ARIN
PO Box 759477
Baltimore, MD 21275-9477

ATL Communications
2700 NE 4th St, Ste 240
Bend, OR 97701

Aubrey Shomo-1099
1550 Larimer St. PMB 255
Denver, CO 80202

Avalara
P.O. Box 122397
Dallas, TX 75312-2397

Aztec,City of(Tower Rental)
201 W Chaco
Aztec, NM 87410

Balboa Capital
575 Anton Blvd
12th Floor
Costa Mesa, CA 92626

Bandwidth.com, Inc
PO Box 715382
Cincinnati, OH 45271-5382

Bank of America
PO Box 982238
El Paso, TX 79998-2238

Banner Life Insurance
Company
3275 Bennett Breek Ave
Frederick, MD 21704-7608

BLM
PO Box 25047
OC-371
Denver, CO 80225-0047

BNP Paribas
787 Seventh Avenue
New York, NY 10019

Boulder County Assessors
Office
Attn: Paul Weissmann
P.O. Box 471
Boulder, CO 80306

Bulk Solutions LLC
5 Piccadilly Rd
Great Neck, NY 11023

Calix
PO Box 843163
Dallas, TX 75284-3163

Calix Inc
PO Box 843163
Dallas, TX 75284-3163

CenturyLink
CenturyLink - Access Billing
CABS 2 Tower South
Monroe, LA 71211-4648

Centurylink 5-YBSMFPDM-A
CenturyLink - Access Billing
CABS 2 Tower South
Monroe, LA 71211-4648

CenturyLink 7196874325074B
PO Box 91155
Seattle, WA 98111-9255

CenturyLink 7196879071465B
PO Box 91155
Seattle, WA 98111-9255

CenturyLink 86983290
PO Box 52187
Phoenix, AZ 85072-2187

CenturyLink
K3031111174174M
PO Box 91155
Seattle, WA 98111-9255

CenturyLink
K7196870326463M
PO Box 91155
Seattle, WA 98111-9255

CenturyLink
K7196870329072M
PO Box 91155
Seattle, WA 98111-9255

CenturyLink-Lexcis
LEXCIS
PO Box 2348
Seattle, WA 98111

Charles N. Nichols
P.O. Box 85
Molina, CO 81646

Chase Card
PO Box 6294
Carol Stream, IL 60197-6294

Christine Taylor
15333 Heritage circle
Thornton, CO 80602

Circle Z Construction
PO Box 625
Mancos, CO 81328

CIT 907-0005919-000
PO Box 100706
Pasadena, CA 91189-0706

CIT 907-0005955-000
PO Box 100706
Pasadena, CA 91189-0706

CIT 907-0006027-000
PO Box 100706
Pasadena, CA 91189-0706

CIT 907-0006105-000
PO Box 100706
Pasadena, CA 91189-0706


CIT 907-0006108-000
PO Box 100706
Pasadena, CA 91189-0706


CIT 907-0006156-000
PO Box 100706
Pasadena, CA 91189-0706


CIT 907-0006190-000
PO Box 100706
Pasadena, CA 91189-0706


Citi Cards
6716 Grade Lane
Building 9, Suite 910
Louisville, KY 40213


CitiCards
PO Box 6235
Sioux Falls, SD 57117-6235


City and county of Denver
PO BOX 650781
Dallas, TX 75265-0781


City and County of Denver
Department of Finance
Treasury divison
PO BOX 660860
201 W Colfax Ave
Denver, CO 80202-5329

City of Aurora
PO BOX 913200
Denver, CO 80291-3200

City Of Cortez
123 Roger Smith Ave
Cortez, CO 81321

city of durango
949 E 2nd Ave
Durango, CO 81301

City of Englewood
1000 Engelwood Parkway
Englewood, CO 80110-2373

City of Farmington
101 N Browning PKWY
Farmington, NM 87401-7995

Clearnetworx - 105010
PO Box 1809
Montrose, CO 81402

Clearnetworx - 106522
PO Box 1809
Montrose, CO 81402

CO Department of Labor and
Employment
PO BOX 400
Denver , CO 80201-0400

CO Department of Revenue
Denver, CO 802610004


Collegiate Peaks Bank
885 S Colorado Blvd
Denver, CO 80246


Colorado Department of
Revenue
Denver, CO 80261-0004


Colorado Division of Labor
633 17th St Ste 201
Denver, CO 80202-3624


Colorado Hi-Tek
Ste 292
Gillette, WY 82716


Colorado Parks and Wildlife
P.O. Box 173923
Denver, CO 80217
Denver, CO 80217


Colorado West Broadcasting
3230-B South Glen Ave
Glennwood Springs, CO 81601


Comcast - Enterprise
PO Box 37601
Philadelphia, PA 19101

Comcast Business-ETH
PO Box 37601
Philapephia, PA 19104-0601

Comcast Technology
Solutions-DIA
13431 Collections Center Drive
Chicago, IL 60693

Commissions -BS -eTech
Broadband, LLC
Ken Olson
Norwood, CO 81423

Commissions-All Mountain
Technologies
27 Main Street, Suite 200
Edwards, CO 81632

Commissions-Allen IT
5700 Washington St.
Denver, CO 80216

Commissions-Anchor Network
Solutions
9233 Park Meadows Drive
LoneTree, CO 80124

Commissions-Automation
Concepts Co
1250 Bergen Pkwy
Ste B100
Evergreen, CO 80439

Commissions-Brooktrout
Telecom
2751 E Linvale Pl
Denver, CO 80210

Commissions-CommWest
302 South Ave
Grand Junction, CO 81501

Commissions-Confitel, LLC
William Kendrick
2253 Madison Dr.
Erie, CO 80516

Commissions-CTG3, LLC
1232 250th Ave NE
Redmond, WA 98074

Commissions-Decypher
Technologies
2700 Gilstrap Court
Ste 220
Glenwood Springs, CO 81601

Commissions-High Plains
Computer Services
2841 Penstemon Way
Castle Rock, CO 80109

Commissions-IQWired Inc.
PO Box 460099
Denver, CO 80246

Commissions-Liberty
Communications
510 Compton
Ste 101
Broomfield, CO 80020

Commissions-McGowan
Consulting
288 28 Rd
Grand Junction, CO 81503

Commissions-Mile High PC
Solutions
10153 Scenic Ct
Firestone, CO 80504


Commissions-MI Tech
276 S Tucson Circle
Aurora, CO 80012


Commissions-NCS
200 W Main St
Farmington, NM 87401


Commissions-Optimal
Telecom Solutions
1925 Dominion way #101
Colorado Springs, CO 80918


Commissions-Pegasus
Communications
P.O. Box 440636
Aurora, CO 80044


Commissions-Pipertel
Communications, LLC
PO Box 987
Evergreen, CO 80437


Commissions-PJV Consulting
2501 Locust St
Denver, CO 80207


Commissions-Radix
Tech-CybertekSystems
c/o Believe Ventures
965 S 1st Street, Unit F110
Bennett, CO 80102

Commissions-RealCom
Solutions
Attn: Charlie Bogart
5713 Headquarters Dr
Plano, TX 75024

Commissions-Rocky Mountain
Tech Team
2525 Arapahoe Ave Unit E-4-184
Boulder, CO 80302

Commissions-Telecom
Efficient
4610 S Ulster St
Ste 150
Denver, CO 80237

Commissions-Telecom
National
1794 Boulder Moutain Rd
St George, UT 84790

Commissions-Total Solutions
454 Las Gallinas Ave, Ste 150
San Rafael, CA 94903

Commissions-Turnkey
Telecom
6586 S Xenon St
Littleton, CO 80127

Commissions-Twisted Pair
Twisted Pair NM, LLC
406 McDonald Rd
Farmington, NM 87401

Commissions-Walnut Telecom
Group
865 S. Cove Way
Denver, CO 80209

Commnet Atlantic
Tele-Network
Attn: Accounts Receivable
400 Northridge Pkwy, Suite 325
Atlanta, GA 30350

Community banks
PO Box 26526
Kansas CIty, MO 64196

Community Banks of Colorado
19 N Tejon St Ste 100
Colorado Springs, CO 80903

Consara Financing
7375 E 5th Avenue Pkw
Denver, CO 80230

Consolidated Call Center
Services
dba Consolidated CCS
PO Box 861
Mattoon, IL 61938-0861

CoreSite Services, Inc.
PO Box 74338
Cleveland, OH 44194-4338

Daniel J Culhane LLC
1600 Broadway
Suite 1400
Denver, CO 80202

Data102
Suite 220
Colorado Springs, CO 80903

Davis Graham & Stubbs
Suite 500
Denver, CO 80202


DB Tech Inc.
Suite E
Bloomfield, NM 87413


Dell Financial Services-
001-Auto
P O Box 5292
Carol Stream, IL 60197-5292


Dell Financial Services-
002-Auto
P O Box 5292
Carol Stream, IL 60197-5292


Dell Financial Services-
003-Auto
P O Box 5292
Carol Stream, IL 60197-5292


Dell Financial Services-
004-AUTO
P O Box 5292
Carol Stream, IL 60197-5292


Delta Dental of Colorado
PO Box 912148
Denver, CO 80291-2148


Denver Fire Prevention
Division
Attn: Permits
P.O. Box 733422
Dallas, TX 75373-3422

Denver Gas & Electric - DGEB
Meet Me Room
910 15th St, Ste 1050
Denver, CO 80202

Department of Treasury IRS
Ogden, UT 842010030

Department of Treasury IRS
CP504B
185 Little Park Road
Grand Junction, CO 81507

Direct Capital / CIT
PO Box 7056
Pasadena, CA 91109-9699

Ditch Witch of the Rockies
9000N I-35 Svc Rd
Oklahoma City, OK 73131

Division Of Property Taxation
1313 N Sherman St Ste 419
Denver, CO 80203-2242

Douglas Wagner
P.O. Box 2457
Monument, CO 80132

DPE, LLC - GJISP - 2nd
Palisade
575 South Westgate Drive
Unit A
Grand Junction, CO 81505

DPE, LLC - Palisade & Gray
Head
575 South Westgate Drive
Unit A
Grand Junction, CO 81505

Eagle County
500 Broadway
po box 479
Eagle, CO 81631-0479

Eagle County - Property Tax
thru 2018
500 Broadway
po box 479
Eagle, CO 81631-0479

Eagle County Treasurer
500 Broadway
po box 479
Eagle, CO 81631-0479

Edgeconnex
Suite 400
Herndon, VA 20171

EXPRESSTOLL
22470 E Stephen D. Hogan Parkway
#110
Aurora, CO 80018

ExteNet Systems Inc
3030 Warrenville Rd Ste 340
Lisle, IL 60532

Farmington, City of
(Licensing)
800 Municipal Dr
Farmington, NM 87401-2663

Fast-Break Auto Glass
PO Box 3000-228
Edwards, CO 81632

FastTrack Communications
Ste 200
Durango, CO 81301

FCC Unicesal service
administrative Co
PO BOX 47607
Baltimore , MD 21244

FHC Properties LLC
Woodland Park, CO 80863

Fiber Optic Supply
2171 S. Trenton Way
Denver, CO 80231-5359

Four States Communications
909 E Murray Dr
FARMINGTON, NM 87401

Galt's Gulch
2347 Curtis St.
Denver, CO 80205

Gary Mills
PO Box 83
Florrisant, CO 80816

Glenwood Caverns Adventure
Park
51000 Two Rivers Plaza Rd
Glenwood Springs, CO 81601


Gomerdinger & Associates
LLC
Suite 1300
Greenwood Village, CO 80111


Grand Valley Power - 1200
PO Box 190
Grand Junction, CO 81502


Grand Valley Power-1301
48RD (AUTO)
PO Box 190
Grand Junction, CO 81502


Grand Valley Power-2101
44RD (AUTO)
PO Box 190
Grand Junction, CO 81502


Grand Valley Power-3010
Store (AUTO)
PO Box 190
Grand Junction, CO 81502


Grand Valley Power-7102
Trnsmttr (AUTO)
PO Box 190
Grand Junction, CO 81502


Grand Valley
Telecommunications
123 North 7th St, #120
Grand Junction, CO 81501

Graybar
File 57072
Los Angeles, CA 90074-7072

Graybar Electric
480 E 55TH AVE
UNIT 500
denver, CO 80216-1762

GVNW Consulting
2211 N Minnesota St
Mitchell, SD 57301

GW Highlander, LLC
511 Butte Circle
Durango, CO 81301

H5 Data Centers
9320 Wilshire Boulevard
#300
Beverly Hills, CA 90212

Hanover Insurance Company
(Auto)
PO Box 15083
Worcester, MA 01615-0083

Hercules Storage Containers
281 S Skylane Dr unit c
Durango, CO 81303

High Mtn Messenger LLC
dbaThe Mtn Jackpot
dba The Mountain Jackpot
PO Box 116
Woodland Park, CO 80866

Hoak Media
Attn: Randy Stone
345 Hillcrest Manor
Grand Junction, CO 81501

Holy Cross Energy
3799 CO-82
Glenwood Springs, CO 81601-9349

Holy Cross Energy - 500655400
3799 Highway 82
PO Box 2150
Glenwood Springs, CO 81602

Holy Cross Energy - 500922300
3799 Highway 82
PO Box 2150
Glenwood Springs, CO 81602

Holy Cross Energy - 501016400
3799 Highway 82
PO Box 2150
Glenwood Springs, CO 81602

Holy Cross Energy - 501024100
3799 Highway 82
PO Box 2150
Glenwood Springs, CO 81602

Holy Cross Energy - 501429300
3799 Highway 82
PO Box 2150
Glenwood Springs, CO 81602

Hurricane Electric Internet Services
760 Mission Court
Fremont, CA 94539

iconectiv
dba - iconectiv
Church Street Station
New York, NY 10249


Image Bearer Cleaning
684 Bradford Dr
Woodland Park, CO 80863


Impact Telecom/Matrix
Telcom LLC
400 East Las Colinas Blvd., Suite 500
Irving, TX 75039


Insight Solutions Consulting
LLC
Unit K-2 110
Westminster, CO 80021


Insite
1199 N. Fairfax Street #700
Alexandria, VA 22314


Inteliquent
9081 Paysphere Circle
Chicago, IL 60674-0090


Intelpath
PO Box 145
Hinsdale, IL 60522


Intelpath Co.
PO Box 145
Hinsdale, IL 60522

Internal REvenue Service
PO Box 932700
Louisville, KY 40293-2700


Interstate TRS Fund
P.O. Box 62634
Baltimore, MD 21264-2631


Interstate TRS Fund
PO Box 62634
Baltimore, MD 21264-2631


Intrado Life and Safety Inc.
P.O. Box 74007077
Chicago, IL 60674-7077


IREA
PO Box 6437
Carol Stream, IL 60197-6437


ISP Supplies
10770 Hwy 30
College Station, TX 77845


ISPN
14303 West 95th Street
Lenexa, KS 66215


IX - West / IX - Denver
4572 Cheyenne Dr
Larkspur, CO 80118

Jawaid Bazyar
4705 Helena St
Denver, CO 80239

Jayson Baker
1351 Browning Ave
Woodland Park, CO 80863

Jayson Baker c/o Sherman & Howard
633 17th St
Suite 3000
Denver, CO 80202

Jefferson County Treasurer
County Treasurer
100 Jefferson County Parkway 2520
Golden, CO 80419-2520

Jerry G & Marcia C Browder
504 Seville Rd
Denton, TX 76205

Jim Culhane
7375 E 5th Avenue Pkw
Denver, CO 80230

John Deere
6400 NW 86th St
PO Box 6600
Johnston, IA 50131-6600

John R. Murawski
1708 Ross Lane
Jamison, PA 18929

John Vomastic
Manitou Springs, CO 80829

Jones & Keller
Suite 3150
1999 Broadway
Denver, CO 80202

Joseph Dohrn
1231 Charwest Dr
Woodland Park, CO 80863

Kaiser Permanente
PO BOX 711697
Denver, CO 80271-1697

KDH Landscaping
P.O. Box 1912
Eagle, CO 81631

Kelly, Patricia
407 Saint Ida Cir
Lafayette, CO 80026

Kevin Stewart
Kellogg, ID 83837

KOTO
San Miguel Educational Fund PO Box 1069
Telluride CO 81435 970-728-4334
970-728-4334

La Plata County Clerk &
Recorder
% TIFFANY LEE PARKER
98 EVERETT STREET SUITE A
DURANGO, CO 81303

La Plata Electric Assocation
Inc
PO BOX 2750
Durango, CO 81302-2750

Lance JM Steinhart P.C.
1725 Windward Concourse Ste 150
Alpharetta, GA 30005

LEAF 001
PO Box 5066
Hartford, CT 06102-5066

LEAF 002
PO Box 5066
Hartford, CT 06102-5066

LEAF 003
PO Box 5066
Hartford, CT 06102-5066

Lena Gulch Metro District
1546 Cole Blvd #240
Attn: Michelle Miley-Martin
Lakewood, CO 80401

LetterHub.com
Robbinsville Township, NJ 8691

Louis & Patricia Goldman
PO Box 81
Cripple Creek, CO 80813

Luchies/Chaparrel
Po Box 3424
Durango, CO 81302-3424

Mammoth Networks
PO Box 2799
Gillette, WY 82717-2799

Mass, Wayne
71 N. EAGLE VIEW DR
DURANGO, CO 81303-6686

Massive Networks
PO Box 270059
Louisville, CO 80027

Merle Jo Crandall
PO Box 99
Pinedale, WY 82941

Meshcasting
2590 Walnut Street
Denver, CO 80205

Metaswitch Networks
11600 Sunrise Valley Drive
Suite 380
Reston, VA 20191

Mid America Computer Corp
(MACC)
P.O. Box 700
Blair, NE 68008


Mid America Computer
Corporation
P.O. Box 700
Blair, NE 68008


MobiTV Inc.
1900 Powell Street #900
Emeryville, CA 94608


Neal Stelting - Merle Joe
Crandall
145 E Pine St, 2nd Floor
PO Box 2433
Pinedale, WY 82941

NECA
PO Box 2003
Hicksville, NY 11802


NENA
PO Box 37151
Baltimore, MD 21297-3151


Neustar
Bank of America
PO Box 403034
Atlanta, GA 30384-3034


Neustar, Inc.
Bank of America
PO Box 403034
Atlanta, GA 30384-3034

New Mexico Taxation &
Revenue
Santa Fe, NM 80205-2627

Nissan
PO Box 660360
Dallas, TX 75266-0360

Novacomm LLC
PO Box 9429
Avon, CO 81620

Onvoy - 001556385491
9081 Paysphere Circle
Chicago, IL 60674-0090

Onvoy - 001556422325
9081 Paysphere Circle
Chicago, IL 60674-0090

Orkin
PO Box 7161
Pasadena, CA 91109-7161

P & L Properties
Dena Carpenter
101 3rd Street, Suite 360
Grand Junction, CO 81501

packetfabric
9920 Jefferson Blvd
Culver City, CA 90232

Parker, Steve
P.O. Box 618
Azle, TX 76098

Pinnacol assurance servcie hub
7501 E Lowery Blvd
Denver, CO 80230

Rackspace
1 Fanatical Place City of Windcrest
San Antonio, TX 78218

Reel Axis
1902 Wright Pl
Carlsbad, CA 92008

Region 10
145 S Cascade Ave
Montrose, CO 81401

RMTT
2525 Arapahoe Ave. #E4-184
Boulder, CO 80302

Rocky Mountain Broadband LLC-Auto
2B Heritage Village
Southbury, CT 6488

Rolka Loube
4423 N Front St
Harrisburg, PA 177110

Rolka Loube
4423 N Front St
Harrisburg, PA 17710

san juan copy
434 Turner Drive 2B
Durnago, CO 81303

San Miguel Power Assn -
41345
PO BOX 817
NUCLA, CO 81424-0817

San Miguel Power Assn Auto -
34401
PO BOX 817
NUCLA, CO 81424-0817

San Miguel Power Assn Auto -
35
PO BOX 817
NUCLA, CO 81424-0817

Sanders, Cody
12191 County Road 120
Hesperus, CO 81326

SBA Towers
Attn Accounts Receivable
P.O. Box 933730
Atlanta, GA 31193-3730

Shawn Champagne
66 CENTRAL ST
Framingham, MA "01701

SHC Landscape co
PO BOX 2049
Eagle, CO 81631


Sherman, Laura
P.O. Box 591
Norwood, CO 81423


Siklu Inc.
Mizrahi Tefahot Bank LTD
800 WIlshire Blvd. #1410
Los Angeles, CA 90017


Southwest Mobil Storage Inc
1005 N 50th Street
Phoenix, AZ 85008


SpectraSite Communications
29641 Network Place
Chicago, IL 60673-1296


Spring Creek Cable
PO BOX 2027
Montrose, CO 81402


Springs Mountain Water
123 Winters Drive
Colorado Springs, CO 80907


St. Ours, Thomas
PO Box 409
DURANGO, CO 81302-0409

Steven King
180 Ellsworth St
Colorado Springs, CO 80906

Strata Data Center
PO Box 400
Roosevelt, UT 84066

SWCCOG
Ste B
Durango, CO 81303

Telco Systems
15 Berkshire Road
Mansfield, MA 2048

Telecom Professionals
PO Box 720128
Oklahoma City, OK 73172-0128

Telecom Professionals, Inc.
1725 Windward Concourse Ste 150
Alpharetta, GA 30005

Telecom Surplus Resources, Inc.
Suite 3H
Denver, CO 80223

Teller County Clerk & Recorder
PO Box 1010
Cripple Creek, CO 80813-1010

Temp Fence USA
Unit B
Colorado Springs, CO 80907


Tower Distribution Company
Accounts Receivable
5980 Collection Center Drive
Chicago, IL 60693


Town of Eagle
200 Broadway
PO Box 609
Eagle, CO 81631


Town Of Eagle - Lease
200 Broadway
PO Box 609
Eagle, CO 81631


Town Of Mountain Village
Finance Department
455 Mountain Village Blvd. #A
Mountain Village, CO 81435


Town Of Red Cliff.
P.O. Box 40
Red Cliff, CO 81649-0040


Transaction Network Services
15847 Collection Center Drive
Chicago, IL 60696


Transaction Network Services
Inc
15847 Collection Center Drive
Chicago, IL 60696

U.S. Cleaning Professionals, Inc
PO Box 1285
Dillon, CO 80435

United Healthcare
PO Box 94017
Palatine, IL 60094-0151

United States Department of the Interior
1849 C St Nw
Washington, DC 20240-0001

universal service administrative
PO BOX 47607
Baltimore , MD 21244

UPS
PO Box 650116
Dallas, TX 75265-0116

USIC Locating Services, LLC
PO Box 713359
Cincinnati, OH 45271

Ute Pass Concrete-Sand & Gravel
20575 Highway 24
Woodland Park, CO 80863

Verizon
PO BOX 15043
Albany , NY 12212-5043

Vero FIber Networks, LLC
1023 Walnut St
Boulder, CO 80306

Vertiv
1050 Dearborn Drive
Columbus, OH 43085

VETRO FiberMap
80 Congress Street Third Floor
Portland, ME 4101

viiz Communications Inc
PO Box 734602
Dallas, TX 75373-4602

VoIP, LLC
7375 E 5th Avenue Pkw
Denver, CO 80230

VRE Towers LLC
1418 Bradley Avenue
Cheyenne, WY 82001

WAV Inc
Aurora, IL 60502

Wells Fargo Credit Card
PO Box 10347
Des Moines, IA 50306-0347

Wells Fargo LOC (Auto)
PO Box 29482
Phoenix, AZ 85038-8650

Werks Auto & Diesel Repair,
LLC
PO Box 2219
Gypsum, CO 81637

Western Peaks Logistics
PO Box 150147
Ogden, UT 84415-0147

Western Slope Beverage
PO Box 3779
Eagle, CO 81631-3779

Western Slope
Communications, LLC
Attn: General Manager
751 Horizon Court Suite 225
Grand Junction, CO 81506

Wisner, Jaime
Durango, CO 81301

Zayo 4566
PO Box 952136
Dallas, TX 75395-2136

A1 Fiber Optics, LLC
Suite 400-348
Grand Junction, CO 81505

Ally
PO Box 380902
Bloomington, MN 55438-0902

Altec Capital
33 Inverness Center Pkwy
Suite 200
Birmingham, AL 35242

American Express
PO Box 650448
Dallas, TX 75265-0448

American Tower
29637 Network Place
Chicago, IL 60673-1296

Andrew Wommack Ministries
1 Innovation Way Ste B
Woodland Park, CO 80863

APEX Security
410 SW COLUMBIA STREET
Ste 120
Bend, OR 97702

APEX Security Fire Alarm
410 SW COLUMBIA STREET
Ste 120
Bend, OR 97702

Arapahoe County Treasurer
5334 S Prince St
Littleton, CO 80120-1136


ARIN
PO Box 759477
Baltimore, MD 21275-9477


ATL Communications
2700 NE 4th St, Ste 240
Bend, OR 97701


Aubrey Shomo-1099
1550 Larimer St. PMB 255
Denver, CO 80202


Avalara
P.O. Box 122397
Dallas, TX 75312-2397


Aztec,City of(Tower Rental)
201 W Chaco
Aztec, NM 87410


Balboa Capital
575 Anton Blvd
12th Floor
Costa Mesa, CA 92626


Bandwidth.com, Inc
PO Box 715382
Cincinnati, OH 45271-5382

Bank of America
PO Box 982238
El Paso, TX 79998-2238

Banner Life Insurance
Company
3275 Bennett Breek Ave
Frederick, MD 21704-7608

BLM
PO Box 25047
OC-371
Denver, CO 80225-0047

BNP Paribas
787 Seventh Avenue
New York, NY 10019

Boulder County Assessors
Office
Attn: Paul Weissmann
P.O. Box 471
Boulder, CO 80306

Bulk Solutions LLC
5 Piccadilly Rd
Great Neck, NY 11023

Calix
PO Box 843163
Dallas, TX 75284-3163

Calix Inc
PO Box 843163
Dallas, TX 75284-3163

CenturyLink
CenturyLink - Access Billing
CABS 2 Tower South
Monroe, LA 71211-4648

CenturyIink 5-YBSMFPDM-A
CenturyLink - Access Billing
CABS 2 Tower South
Monroe, LA 71211-4648

CenturyLink 7196874325074B
PO Box 91155
Seattle, WA 98111-9255

CenturyLink 7196879071465B
PO Box 91155
Seattle, WA 98111-9255

CenturyLink 86983290
PO Box 52187
Phoenix, AZ 85072-2187

CenturyLink
K3031111174174M
PO Box 91155
Seattle, WA 98111-9255

CenturyLink
K7196870326463M
PO Box 91155
Seattle, WA 98111-9255

CenturyLink
K7196870329072M
PO Box 91155
Seattle, WA 98111-9255

CenturyLink-Lexcis
LEXCIS
PO Box 2348
Seattle, WA 98111


Charles N. Nichols
P.O. Box 85
Molina, CO 81646


Chase Card
PO Box 6294
Carol Stream, IL 60197-6294


Christine Taylor
15333 Heritage circle
Thornton, CO 80602


Circle Z Construction
PO Box 625
Mancos, CO 81328


CIT 907-0005919-000
PO Box 100706
Pasadena, CA 91189-0706


CIT 907-0005955-000
PO Box 100706
Pasadena, CA 91189-0706


CIT 907-0006027-000
PO Box 100706
Pasadena, CA 91189-0706

CI T 907-0006105-000
PO Box 100706
Pasadena, CA 91189-0706

CI T 907-0006108-000
PO Box 100706
Pasadena, CA 91189-0706

CI T 907-0006156-000
PO Box 100706
Pasadena, CA 91189-0706

CI T 907-0006190-000
PO Box 100706
Pasadena, CA 91189-0706

Citi Cards
6716 Grade Lane
Building 9, Suite 910
Louisville, KY 40213

CitiCards
PO Box 6235
Sioux Falls, SD 57117-6235

City and county of Denver
PO BOX 650781
Dallas, TX 75265-0781

City and County of Denver
Department of Finance
Treasury divison
PO BOX 660860
201 W Colfax Ave
Denver, CO 80202-5329

City of Aurora
PO BOX 913200
Denver, CO 80291-3200

City Of Cortez
123 Roger Smith Ave
Cortez, CO 81321

city of durango
949 E 2nd Ave
Durango, CO 81301

City of Englewood
1000 Engelwood Parkway
Englewood, CO 80110-2373

City of Farmington
101 N Browning PKWY
Farmington, NM 87401-7995

Clearnetworx - 105010
PO Box 1809
Montrose, CO 81402

Clearnetworx - 106522
PO Box 1809
Montrose, CO 81402

CO Department of Labor and
Employment
PO BOX 400
Denver , CO 80201-0400

CO Department of Revenue
Denver, CO 802610004

Collegiate Peaks Bank
885 S Colorado Blvd
Denver, CO 80246

Colorado Department of
Revenue
Denver, CO 80261-0004

Colorado Division of Labor
633 17th St Ste 201
Denver, CO 80202-3624

Colorado Hi-Tek
Ste 292
Gillette, WY 82716

Colorado Parks and Wildlife
P.O. Box 173923
Denver, CO 80217
Denver, CO 80217

Colorado West Broadcasting
3230-B South Glen Ave
Glennwood Springs, CO 81601

Comcast - Enterprise
PO Box 37601
Philadelphia, PA 19101

Comcast Business-ETH
PO Box 37601
Philapephia, PA 19104-0601

Comcast Technology
Solutions-DIA
13431 Collections Center Drive
Chicago, IL 60693

Commissions -BS -eTech
Broadband, LLC
Ken Olson
Norwood, CO 81423

Commissions-All Mountain
Technologies
27 Main Street, Suite 200
Edwards, CO 81632

Commissions-Allen IT
5700 Washington St.
Denver, CO 80216

Commissions-Anchor Network
Solutions
9233 Park Meadows Drive
LoneTree, CO 80124

Commissions-Automation
Concepts Co
1250 Bergen Pkwy
Ste B100
Evergreen, CO 80439

Commissions-Brooktrout
Telecom
2751 E Linvale Pl
Denver, CO 80210

Commissions-CommWest
302 South Ave
Grand Junction, CO 81501

Commissions-Confitel, LLC
William Kendrick
2253 Madison Dr.
Erie, CO 80516

Commissions-CTG3, LLC
1232 250th Ave NE
Redmond, WA 98074

Commissions-Decypher
Technologies
2700 Gilstrap Court
Ste 220
Glenwood Springs, CO 81601

Commissions-High Plains
Computer Services
2841 Penstemon Way
Castle Rock, CO 80109

Commissions-IQWired Inc.
PO Box 460099
Denver, CO 80246

Commissions-Liberty
Communications
510 Compton
Ste 101
Broomfield, CO 80020

Commissions-McGowan
Consulting
288 28 Rd
Grand Junction, CO 81503

Commissions-Mile High PC
Solutions
10153 Scenic Ct
Firestone, CO 80504


Commissions-MI Tech
276 S Tucson Circle
Aurora, CO 80012


Commissions-NCS
200 W Main St
Farmington, NM 87401


Commissions-Optimal
Telecom Solutions
1925 Dominion way #101
Colorado Springs, CO 80918


Commissions-Pegasus
Communications
P.O. Box 440636
Aurora, CO 80044


Commissions-Pipertel
Communications, LLC
PO Box 987
Evergreen, CO 80437


Commissions-PJV Consulting
2501 Locust St
Denver, CO 80207


Commissions-Radix
Tech-CybertekSystems
c/o Believe Ventures
965 S 1st Street, Unit F110
Bennett, CO 80102

Commissions-RealCom
Solutions
Attn: Charlie Bogart
5713 Headquarters Dr
Plano, TX 75024

Commissions-Rocky Mountain
Tech Team
2525 Arapahoe Ave Unit E-4-184
Boulder, CO 80302

Commissions-Telecom
Efficient
4610 S Ulster St
Ste 150
Denver, CO 80237

Commissions-Telecom
National
1794 Boulder Moutain Rd
St George, UT 84790

Commissions-Total Solutions
454 Las Gallinas Ave, Ste 150
San Rafael, CA 94903

Commissions-Turnkey
Telecom
6586 S Xenon St
Littleton, CO 80127

Commissions-Twisted Pair
Twisted Pair NM, LLC
406 McDonald Rd
Farmington, NM 87401

Commissions-Walnut Telecom
Group
865 S. Cove Way
Denver, CO 80209

Commnet Atlantic
Tele-Network
Attn: Accounts Receivable
400 Northridge Pkwy, Suite 325
Atlanta, GA 30350

Community banks
PO Box 26526
Kansas CIty, MO 64196

Community Banks of Colorado
19 N Tejon St Ste 100
Colorado Springs, CO 80903

Consara Financing
7375 E 5th Avenue Pkw
Denver, CO 80230

Consolidated Call Center
Services
dba Consolidated CCS
PO Box 861
Mattoon, IL 61938-0861

CoreSite Services, Inc.
PO Box 74338
Cleveland, OH 44194-4338

Daniel J Culhane LLC
1600 Broadway
Suite 1400
Denver, CO 80202

Data102
Suite 220
Colorado Springs, CO 80903

Davis Graham & Stubbs
Suite 500
Denver, CO 80202


DB Tech Inc.
Suite E
Bloomfield, NM 87413


Dell Financial Services-
001-Auto
P O Box 5292
Carol Stream, IL 60197-5292


Dell Financial Services-
002-Auto
P O Box 5292
Carol Stream, IL 60197-5292


Dell Financial Services-
003-Auto
P O Box 5292
Carol Stream, IL 60197-5292


Dell Financial Services-
004-AUTO
P O Box 5292
Carol Stream, IL 60197-5292


Delta Dental of Colorado
PO Box 912148
Denver, CO 80291-2148


Denver Fire Prevention
Division
Attn: Permits
P.O. Box 733422
Dallas, TX 75373-3422

Denver Gas & Electric - DGEB
Meet Me Room
910 15th St, Ste 1050
Denver, CO 80202


Department of Treasury IRS
Ogden, UT 842010030


Department of Treasury IRS
CP504B
185 Little Park Road
Grand Junction, CO 81507


Direct Capital / CIT
PO Box 7056
Pasadena, CA 91109-9699


Ditch Witch of the Rockies
9000N I-35 Svc Rd
Oklahoma City, OK 73131


Division Of Property Taxation
1313 N Sherman St Ste 419
Denver, CO 80203-2242


Douglas Wagner
P.O. Box 2457
Monument, CO 80132


DPE, LLC - GJISP - 2nd
Palisade
575 South Westgate Drive
Unit A
Grand Junction, CO 81505

DPE, LLC - Palisade & Gray
Head
575 South Westgate Drive
Unit A
Grand Junction, CO 81505

Eagle County
500 Broadway
po box 479
Eagle, CO 81631-0479

Eagle County - Property Tax
thru 2018
500 Broadway
po box 479
Eagle, CO 81631-0479

Eagle County Treasurer
500 Broadway
po box 479
Eagle, CO 81631-0479

Edgeconnex
Suite 400
Herndon, VA 20171

EXPRESSTOLL
22470 E Stephen D. Hogan Parkway
#110
Aurora, CO 80018

ExteNet Systems Inc
3030 Warrenville Rd Ste 340
Lisle, IL 60532

Farmington, City of
(Licensing)
800 Municipal Dr
Farmington, NM 87401-2663

Fast-Break Auto Glass
PO Box 3000-228
Edwards, CO 81632

FastTrack Communications
Ste 200
Durango, CO 81301

FCC Unicesal service
administrative Co
PO BOX 47607
Baltimore , MD 21244

FHC Properties LLC
Woodland Park, CO 80863

Fiber Optic Supply
2171 S. Trenton Way
Denver, CO 80231-5359

Four States Communications
909 E Murray Dr
FARMINGTON, NM 87401

Galt's Gulch
2347 Curtis St.
Denver, CO 80205

Gary Mills
PO Box 83
Florrisant, CO 80816

Glenwood Caverns Adventure
Park
51000 Two Rivers Plaza Rd
Glenwood Springs, CO 81601

Gomerdinger & Associates
LLC
Suite 1300
Greenwood Village, CO 80111

Grand Valley Power - 1200
PO Box 190
Grand Junction, CO 81502

Grand Valley Power-1301
48RD (AUTO)
PO Box 190
Grand Junction, CO 81502

Grand Valley Power-2101
44RD (AUTO)
PO Box 190
Grand Junction, CO 81502

Grand Valley Power-3010
Store (AUTO)
PO Box 190
Grand Junction, CO 81502

Grand Valley Power-7102
Trnsmttr (AUTO)
PO Box 190
Grand Junction, CO 81502

Grand Valley
Telecommunications
123 North 7th St, #120
Grand Junction, CO 81501

Graybar
File 57072
Los Angeles, CA 90074-7072

Graybar Electric
480 E 55TH AVE
UNIT 500
denver, CO 80216-1762

GVNW Consulting
2211 N Minnesota St
Mitchell, SD 57301

GW Highlander, LLC
511 Butte Circle
Durango, CO 81301

H5 Data Centers
9320 Wilshire Boulevard
#300
Beverly Hills, CA 90212

Hanover Insurance Company
(Auto)
PO Box 15083
Worcester, MA 01615-0083

Hercules Storage Containers
281 S Skylane Dr unit c
Durango, CO 81303

High Mtn Messenger LLC
dbaThe Mtn Jackpot
dba The Mountain Jackpot
PO Box 116
Woodland Park, CO 80866

Hoak Media
Attn: Randy Stone
345 Hillcrest Manor
Grand Junction, CO 81501

Holy Cross Energy
3799 CO-82
Glenwood Springs, CO 81601-9349

Holy Cross Energy - 500655400
3799 Highway 82
PO Box 2150
Glenwood Springs, CO 81602

Holy Cross Energy - 500922300
3799 Highway 82
PO Box 2150
Glenwood Springs, CO 81602

Holy Cross Energy - 501016400
3799 Highway 82
PO Box 2150
Glenwood Springs, CO 81602

Holy Cross Energy - 501024100
3799 Highway 82
PO Box 2150
Glenwood Springs, CO 81602

Holy Cross Energy - 501429300
3799 Highway 82
PO Box 2150
Glenwood Springs, CO 81602

Hurricane Electric Internet Services
760 Mission Court
Fremont, CA 94539

iconectiv
dba - iconectiv
Church Street Station
New York, NY 10249


Image Bearer Cleaning
684 Bradford Dr
Woodland Park, CO 80863


Impact Telecom/Matrix
Telcom LLC
400 East Las Colinas Blvd., Suite 500
Irving, TX 75039


Insight Solutions Consulting
LLC
Unit K-2 110
Westminster, CO 80021


Insite
1199 N. Fairfax Street #700
Alexandria, VA 22314


Inteliquent
9081 Paysphere Circle
Chicago, IL 60674-0090


Intelpath
PO Box 145
Hinsdale, IL 60522


Intelpath Co.
PO Box 145
Hinsdale, IL 60522

Internal REvenue Service
PO Box 932700
Louisville, KY 40293-2700

Interstate TRS Fund
P.O. Box 62634
Baltimore, MD 21264-2631

Interstate TRS Fund
PO Box 62634
Baltimore, MD 21264-2631

Intrado Life and Safety Inc.
P.O. Box 74007077
Chicago, IL 60674-7077

IREA
PO Box 6437
Carol Stream, IL 60197-6437

ISP Supplies
10770 Hwy 30
College Station, TX 77845

ISPN
14303 West 95th Street
Lenexa, KS 66215

IX - West / IX - Denver
4572 Cheyenne Dr
Larkspur, CO 80118

Jawaid Bazyar
4705 Helena St
Denver, CO 80239

Jayson Baker
1351 Browning Ave
Woodland Park, CO 80863

Jayson Baker c/o Sherman &
Howard
633 17th St
Suite 3000
Denver, CO 80202

Jefferson County Treasurer
County Treasurer
100 Jefferson County Parkway 2520
Golden, CO 80419-2520

Jerry G & Marcia C Browder
504 Seville Rd
Denton, TX 76205

Jim Culhane
7375 E 5th Avenue Pkw
Denver, CO 80230

John Deere
6400 NW 86th St
PO Box 6600
Johnston, IA 50131-6600

John R. Murawski
1708 Ross Lane
Jamison, PA 18929

John Vomastic
Manitou Springs, CO 80829

Jones & Keller
Suite 3150
1999 Broadway
Denver, CO 80202

Joseph Dohrn
1231 Charwest Dr
Woodland Park, CO 80863

Kaiser Permanente
PO BOX 711697
Denver, CO 80271-1697

KDH Landscaping
P.O. Box 1912
Eagle, CO 81631

Kelly, Patricia
407 Saint Ida Cir
Lafayette, CO 80026

Kevin Stewart
Kellogg, ID 83837

KOTO
San Miguel Educational Fund PO Box 1069
Telluride CO 81435 970-728-4334
970-728-4334

La Plata County Clerk &
Recorder
% TIFFANY LEE PARKER
98 EVERETT STREET SUITE A
DURANGO, CO 81303

La Plata Electric Assocation
Inc
PO BOX 2750
Durango, CO 81302-2750

Lance JM Steinhart P.C.
1725 Windward Concourse Ste 150
Alpharetta, GA 30005

LEAF 001
PO Box 5066
Hartford, CT 06102-5066

LEAF 002
PO Box 5066
Hartford, CT 06102-5066

LEAF 003
PO Box 5066
Hartford, CT 06102-5066

Lena Gulch Metro District
1546 Cole Blvd #240
Attn: Michelle Miley-Martin
Lakewood, CO 80401

LetterHub.com
Robbinsville Township, NJ 8691

Louis & Patricia Goldman
PO Box 81
Cripple Creek, CO 80813

Luchies/Chaparrel
Po Box 3424
Durango, CO 81302-3424

Mammoth Networks
PO Box 2799
Gillette, WY 82717-2799

Mass, Wayne
71 N. EAGLE VIEW DR
DURANGO, CO 81303-6686

Massive Networks
PO Box 270059
Louisville, CO 80027

Merle Jo Crandall
PO Box 99
Pinedale, WY 82941

Meshcasting
2590 Walnut Street
Denver, CO 80205

Metaswitch Networks
11600 Sunrise Valley Drive
Suite 380
Reston, VA 20191

Mid America Computer Corp
(MACC)
P.O. Box 700
Blair, NE 68008

Mid America Computer
Corporation
P.O. Box 700
Blair, NE 68008

MobiTV Inc.
1900 Powell Street #900
Emeryville, CA 94608

Neal Stelting - Merle Joe
Crandall
145 E Pine St, 2nd Floor
PO Box 2433
Pinedale, WY 82941

NECA
PO Box 2003
Hicksville, NY 11802

NENA
PO Box 37151
Baltimore, MD 21297-3151

Neustar
Bank of America
PO Box 403034
Atlanta, GA 30384-3034

Neustar, Inc.
Bank of America
PO Box 403034
Atlanta, GA 30384-3034

New Mexico Taxation &
Revenue
Santa Fe, NM 80205-2627


Nissan
PO Box 660360
Dallas, TX 75266-0360


Novacomm LLC
PO Box 9429
Avon, CO 81620


Onvoy - 001556385491
9081 Paysphere Circle
Chicago, IL 60674-0090


Onvoy - 001556422325
9081 Paysphere Circle
Chicago, IL 60674-0090


Orkin
PO Box 7161
Pasadena, CA 91109-7161


P & L Properties
Dena Carpenter
101 3rd Street, Suite 360
Grand Junction, CO 81501


packetfabric
9920 Jefferson Blvd
Culver City, CA 90232

Parker, Steve
P.O. Box 618
Azle, TX 76098

Pinnacol assurance servcie
hub
7501 E Lowery Blvd
Denver, CO 80230

Rackspace
1 Fanatical Place City of Windcrest
San Antonio, TX 78218

Reel Axis
1902 Wright Pl
Carlsbad, CA 92008

Region 10
145 S Cascade Ave
Montrose, CO 81401

RMTT
2525 Arapahoe Ave. #E4-184
Boulder, CO 80302

Rocky Mountain Broadband
LLC-Auto
2B Heritage Village
Southbury, CT 6488

Rolka Loube
4423 N Front St
Harrisburg, PA 177110

Rolka Loube
4423 N Front St
Harrisburg, PA 17710


san juan copy
434 Turner Drive 2B
Durnago, CO 81303


San Miguel Power Assn -
41345
PO BOX 817
NUCLA, CO 81424-0817


San Miguel Power Assn Auto -
34401
PO BOX 817
NUCLA, CO 81424-0817


San Miguel Power Assn Auto -
35
PO BOX 817
NUCLA, CO 81424-0817


Sanders, Cody
12191 County Road 120
Hesperus, CO 81326


SBA Towers
Attn Accounts Receivable
P.O. Box 933730
Atlanta, GA 31193-3730


Shawn Champagne
66 CENTRAL ST
Framingham, MA "01701

SHC Landscape co
PO BOX 2049
Eagle, CO 81631


Sherman, Laura
P.O. Box 591
Norwood, CO 81423


Siklu Inc.
Mizrahi Tefahot Bank LTD
800 WIlshire Blvd. #1410
Los Angeles, CA 90017


Southwest Mobil Storage Inc
1005 N 50th Street
Phoenix, AZ 85008


SpectraSite Communications
29641 Network Place
Chicago, IL 60673-1296


Spring Creek Cable
PO BOX 2027
Montrose, CO 81402


Springs Mountain Water
123 Winters Drive
Colorado Springs, CO 80907


St. Ours, Thomas
PO Box 409
DURANGO, CO 81302-0409

Steven King
180 Ellsworth St
Colorado Springs, CO 80906


Strata Data Center
PO Box 400
Roosevelt, UT 84066


SWCCOG
Ste B
Durango, CO 81303


Telco Systems
15 Berkshire Road
Mansfield, MA 2048


Telecom Professionals
PO Box 720128
Oklahoma City, OK 73172-0128


Telecom Professionals, Inc.
1725 Windward Concourse Ste 150
Alpharetta, GA 30005


Telecom Surplus Resources,
Inc.
Suite 3H
Denver, CO 80223


Teller County Clerk &
Recorder
PO Box 1010
Cripple Creek, CO 80813-1010

Temp Fence USA
Unit B
Colorado Springs, CO 80907

Tower Distribution Company
Accounts Receivable
5980 Collection Center Drive
Chicago, IL 60693

Town of Eagle
200 Broadway
PO Box 609
Eagle, CO 81631

Town Of Eagle - Lease
200 Broadway
PO Box 609
Eagle, CO 81631

Town Of Mountain Village
Finance Department
455 Mountain Village Blvd. #A
Mountain Village, CO 81435

Town Of Red Cliff.
P.O. Box 40
Red Cliff, CO 81649-0040

Transaction Network Services
15847 Collection Center Drive
Chicago, IL 60696

Transaction Network Services
Inc
15847 Collection Center Drive
Chicago, IL 60696

U.S. Cleaning Professionals, Inc
PO Box 1285
Dillon, CO 80435


United Healthcare
PO Box 94017
Palatine, IL 60094-0151


United States Department of the Interior
1849 C St Nw
Washington, DC 20240-0001


universal service administrative
PO BOX 47607
Baltimore , MD 21244


UPS
PO Box 650116
Dallas, TX 75265-0116


USIC Locating Services, LLC
PO Box 713359
Cincinnati, OH 45271


Ute Pass Concrete-Sand & Gravel
20575 Highway 24
Woodland Park, CO 80863


Verizon
PO BOX 15043
Albany , NY 12212-5043

Vero FIber Networks, LLC
1023 Walnut St
Boulder, CO 80306


Vertiv
1050 Dearborn Drive
Columbus, OH 43085


VETRO FiberMap
80 Congress Street Third Floor
Portland, ME 4101


viiz Communications Inc
PO Box 734602
Dallas, TX 75373-4602


VoIP, LLC
7375 E 5th Avenue Pkw
Denver, CO 80230


VRE Towers LLC
1418 Bradley Avenue
Cheyenne, WY 82001


WAV Inc
Aurora, IL 60502


Wells Fargo Credit Card
PO Box 10347
Des Moines, IA 50306-0347

Wells Fargo LOC (Auto)
PO Box 29482
Phoenix, AZ 85038-8650


Werks Auto & Diesel Repair,
LLC
PO Box 2219
Gypsum, CO 81637


Western Peaks Logistics
PO Box 150147
Ogden, UT 84415-0147


Western Slope Beverage
PO Box 3779
Eagle, CO 81631-3779


Western Slope
Communications, LLC
Attn: General Manager
751 Horizon Court Suite 225
Grand Junction, CO 81506


Wisner, Jaime
Durango, CO 81301


Zayo 4566
PO Box 952136
Dallas, TX 75395-2136

B2030 (Form 2030)(12/15)

# United States Bankruptcy Court
## District of Colorado

**In re**

Futurum Communications Corporation                                    Case No. _____

**Debtor(s)**                                                          Chapter _____ **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . .    $25,000.00

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . .    $0.00

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $25,000.00

2.  The source of the compensation to be paid to me was:
    ☑ Debtor                    ☐ Other (specify)

3.  The source of compensation to be paid to me is:
    ☑ Debtor                    ☐ Other (specify)

4.  ☐  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☑  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

    ***Debtor is being Charged an hourly rate of $400.00 an hour with a $25K retainer.***

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

03/22/2021                                    /s/ Jessica Hoff
_____                    _____
*Date*                                        *Signature of Attorney*

Jessica Hoff
Bar Number: 37332
Hoff Law Offices, P.C.
6400 S Fiddlers Green Cir Ste 250
Greenwood Vlg, CO 80111-5075
Phone: (720) 739-3599

Hoff Law Offices, P.C.
_____
*Name of law firm*