Fill in this information to identify the case:

Debtor name: Futurum Communications Corporation

United States Bankruptcy Court for the: District of Colorado

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | 800-492-3344 | | | | | $52,049.08 |
| 2 | Calix<br>PO Box 843163<br>Dallas, TX 75284-3163 | 408-601-4074 | | | | | $25,380.38 |
| 3 | CenturyLink<br>CenturyLink - Access Billing<br>CABS 2 Tower South<br>Monroe, LA 71211-4648 | 800.335.5672 ext 5290 | | | | | $540,000.00 |
| 4 | Centurylink 5-YBSMFPDM-A<br>CenturyLink - Access Billing<br>CABS 2 Tower South<br>Monroe, LA 71211-4648 | 800.335.5672 ext 5290 | | | | | $25,844.06 |
| 5 | Colorado West Broadcasting<br>3230-B South Glen Ave<br>Glennwood Springs, CO 81601 | | | | | | $25,536.11 |
| 6 | Comcast Technology Solutions-DIA<br>13431 Collections Center Drive<br>Chicago, IL 60693 | | | | | | $48,529.00 |
| 7 | Commissions -BS -eTech Broadband, LLC<br>Ken Olson<br>Norwood, CO 81423 | (970) 708-1109 | | | | | $34,928.75 |
| 8 | Commissions-Rocky Mountain Tech Team<br>2525 Arapahoe Ave Unit E-4-184<br>Boulder, CO 80302 | 303-775-3680 | | | | | $31,322.06 |

Debtor    Futurum Communications Corporation                              Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9  DB Tech Inc. Suite E Bloomfield, NM 87413 | (505) 330-9612 | | | | | $80,511.70 |
| 10 ExteNet Systems Inc 3030 Warrenville Rd Ste 340 Lisle, IL 60532 | 630-505-3800 | | | | | $82,817.44 |
| 11 FastTrack Communications Ste 200 Durango, CO 81301 | (970) 828-1004 | | | | | $32,839.86 |
| 12 Inteliquent 9081 Paysphere Circle Chicago, IL 60674-0090 | 312-384-8078 | | | | | $36,792.29 |
| 13 LEAF 002 PO Box 5066 Hartford, CT 06102-5066 | 866-219-7924 | | | | | $40,000.00 |
| 14 LEAF 003 PO Box 5066 Hartford, CT 06102-5066 | 866-219-7924 | | | | | $75,000.00 |
| 15 Merle Jo Crandall PO Box 99 Pinedale, WY 82941 | 307-367-2623 | | | | | $180,000.00 |
| 16 Metaswitch Networks 11600 Sunrise Valley Drive Suite 380 Reston, VA 20191 | 703.480.0500 | | | | | $42,454.50 |
| 17 Town of Eagle 200 Broadway PO Box 609 Eagle, CO 81631 | | | | | | $46,000.00 |
| 18 Transaction Network Services Inc 15847 Collection Center Drive Chicago, IL 60696 | (866) 421-6984 | | | | | $32,580.82 |
| 19 Wells Fargo LOC (Auto) PO Box 29482 Phoenix, AZ 85038-8650 | 800-225-5935 | | | | | $48,435.00 |
| 20 Zayo 4566 PO Box 952136 Dallas, TX 75395-2136 | (800)390-6094 | | | | | $175,641.00 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 2