# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Hon. Kimberley H. Tyson

| | |
|---|---|
| In re: | ) |
| | ) Case No. 21-11331-KHT |
| Futurum Communications Corporation | ) |
| | ) Chapter 11 |
| Debtor-in-Possession | ) |

---

**APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF JESSICA L. HOFF OF HOFF LAW OFFICES AS COUNSEL FOR THE DEBTOR**

---

The Debtor in the above captioned Chapter 11 case ("Debtor"), hereby apply to the Court, pursuant to Fed.R.Bankr.P. 2014(a), 11 U.S.C. §§327 and 1107, for an order authorizing them to retain and employ Jessica L. Hoff of Hoff Law Offices, P.C. ("HL"), as its legal counsel in the above-captioned case and related proceedings. As grounds for this application, Debtor states the following:

1. Pursuant to 11 U.S.C. §301, a voluntary petition for the reorganization of the Debtor under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §101, et. seq., was filed as an emergency filing on March 21 2021 (the 'Petition Date').

2. Pursuant to §§1107(a) and 1108 of the Code, the Debtor continues to manage its assets and property, and continues to conduct its affairs as Debtor in Possession. No trustee or examiner has been appointed to serve in this reorganization case.

3. The Debtor desires to employ Jessica L. Hoff of HL as its general bankruptcy counsel, with offices located at 6400 S Fiddlers Green Cir #250, Greenwood Village, CO 80111. Jessica L. Hoff has agreed to serve as counsel for the Debtor in this case.

4. HL attorneys, as may be from time to time employed, are duly admitted to practice before this Court, are experienced in business bankruptcy representation, and are well qualified to represent the Debtors in this case.

5. The Debtor requires competent legal counsel to assist it in the performance of its duties as Debtor in possession and to represent it in this bankruptcy case and related proceedings.

**Professional Services to be Rendered**

6. Professional services to be rendered in this case by HL include the following:

    a. Providing Debtor with legal counsel with respect to its powers and duties as a Debtor and Debtor in possession;

    b. Preparing on behalf of the Debtor the necessary applications, complaints, answers, motions, reports and other legal papers, and representing Debtor in negotiations and at all hearings in this case and related proceedings;

    c. Assisting Debtor in the preparation and confirmation of a Chapter 11 disclosure statement(s) and plan(s), if appropriate; and

    d. Performing other legal services for Debtors, which may be necessary herein.

## The Firm's Fee Arrangements

7. HL has advised Debtor that it will charge Debtor's bankruptcy estate a reasonable fee for the firm's services, based on the hours worked by its attorneys and the hourly rates of those attorneys, and will further charge for certain expenses, with all fees and expenses of the firm subject to review by this Court in accordance with the provisions of the Bankruptcy Code. HL further advises:

    a. HL will calculate fees according to the standard hourly rates for the lawyers involved in the representation. HL adjusts its rates from time to time, generally at the start of a new calendar year. Initially, the hourly rates to be charged by the attorneys at HL are as follows: Jessica L. Hoff, $400.00, and paralegals, $125.00.

    b. Work is assigned to a particular lawyer at HL based upon the difficulty of the problem and the level of expertise required, familiarity with a particular legal problem, time availability, or other reasons.

    c. HL's fees and expenses will be set forth on periodic invoices prepared in accordance with the guidelines of the United States Trustee and with any specific procedures fixed by the Court in this particular case.

8. HL first performed services for Debtor on March 21, 2021.

9. On March 20, 2021 HL received a retainer in the amount of $24,000.00 paid by Debtor.

10. No promises have been received by HL or by any shareholders, counsel or associate thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code. HL has no agreement with any other entity to share with such entity any compensation received by HL in connection with this Chapter 11 case.

11. HL further states pursuant to Fed. R. Bankr. P. 2016(b), that it has not shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the counsel and associates of HL or (b) any compensation another person or party has received or may receive.

## Connections With Debtors and Other Parties

12. HL has reviewed the list of creditors and shareholders to be filed by Debtors. HL and Debtor is unaware of any other connections between HL and Debtor, its creditors, other parties in interest, or its respective attorneys and accountants.

13. HL (i) does not represent or hold any interest adverse to Debtor or the estate in the matters upon which it is to be retained or in any other matters, (ii) does not have any connections to Debtor, creditors or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee and (iii) is a disinterested person within the meaning of 11 U.S.C. § 101.

14. No committee of creditors has been appointed or designated herein, and no notice need be given of the appointment of counsel.

15. Attached hereto is the Verified Statement of Jessica L. Hoff (a) Pursuant to Rule 2014, (b) in Support of Application for Order Authorizing the Employment and Retention of Hoff Law Offices, as Counsel for the Debtors, and (c) as Attorney's Fee Disclosure Statement.

16. Notice of this Motion was given via first class mail to the United States Trustee, any parties who have entered an appearance, and all of the Debtor's creditors. The Motion with attachment was served on all parties who have appeared and the 20 Largest Creditors.

WHEREFORE, pursuant to 11 U.S.C. §§ 327 and 1107, Debtor requests that it be authorized to employ the law firm of Hoff Law Offices, P.C. to represent it in this bankruptcy case and related proceedings effective the date of this filing.

Dated: March 21, 2021  Respectfully Submitted,

Jessica L. Hoff, Esq.

By: /s/ Jessica L. Hoff
Jessica L. Hoff, Atty. Reg. No. 37332
6400 S Fiddlers Green Cir #250,
Greenwood Village, CO 80111 Tel:
720-739-3599     e-mail:
jhoff@hofflawoffices.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2021 I served a true and correct copy of the foregoing Application by placing same in the United States mail, postage prepaid, addressed the following parties consisting of the US Trustee, any party who have entered their appearance, the debtor and the 20 largest creditors as listed on the mailing matrix attached hereto.

s/ Jessica L. Hoff, Esq.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

Hon. Kimberley H. Tyson

In re: )
)  Case No. 21-11331-KHT
Futurum Communications Corporation )
)  Chapter 11
Debtor-in-Possession

---

## VERIFIED STATEMENT OF ATTORNEY

---

Jessica L. Hoff, upon oath, deposes and states:

1. I am an attorney duly admitted to practice law in the State of Colorado (Attorney Registration #37332) and State of Texas, and in the United States District Court for the District of Colorado, and Southern District of Texas.

2. My office is located at 9233 Park Meadows Drive, Suite 223 Lone Tree CO, 80124 Tel: 720-739-3599 e-mail: jhoff@hofflawoffices.com.

3. I have reviewed the Debtors' list of creditors and no attorney in the firm represents or has represented any party in interest adverse to the interest of the Debtors.

4. I do not and have not represented any entity, including any creditor, which has a claim against the Debtors. The Firm has received a retainer consisting of the 24,000.00.

5. The firm is disinterested as defined by 11 U.S.C. §101(14) and do not have an interest materially adverse to the interest of the estate or of any class of creditors

6. I have no other connection with the Debtors, creditors or any other person in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee other than as stated herein and above.

7. The statements contained in the Application to Employ Attorney are true and correct to the best of my knowledge and belief.

Dated: March 21, 2021       Respectfully submitted,
                            Jessica L. Hoff

                            By:  /s/ Jessica L. Hoff
                            Jessica L. Hoff, Atty. Reg. No. 37332
                            6400 S Fiddlers Green
                            Cir #250, Greenwood

Village, CO 80111 Tel: 720-739-3599
e-mail: jhoff@hofflawoffices.com