B26 (Official Form 26) (12/08)

United States Bankruptcy Court
District of <u>Colorado</u>

In re <u>Futurum Communications Corporation</u>, Case No. <u>21-11331-KHT</u>

Debtor                                        Chapter 11

**PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF
ENTITIES IN WHICH THE ESTATE OF Futurum Communications Corporation
HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST**

This is the report as of 12/31/2020 on the value, operations and profitability of those
entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy
Rule 2015.3. The estate of [Name of Debtor] holds a substantial or controlling interest in the
following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| San Isabel Telecom Inc | 100% of common stock | SI |
| Fundamental Holdings Corp | 100% of stock | FH |
| Brainstorm Internet | 100% of stock | BSI |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the
value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate
for the entity as of a date not more than two years prior to the date of this report. It also contains
a description of the valuation method used. Exhibit B contains a balance sheet, a statement of
income (loss), a statement of cash flows, and a statement of changes in shareholders' or
partners' equity (deficit) for the period covered by the Entity Report, along with summarized
footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR
IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor]
holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs,
verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best
of his/her knowledge.
Date: 5/6/2021

__/s/ Jawaid Bazyar

Signature of Authorized Individual

__Jawaid Bazyar

Name of Authorized Individual

__President

Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

_____

Signature of Debtor

_____

Signature of Joint Debtor

# TAB FH

## Fundamental Holdings Corp

Exhibit A
## Valuation estimate for Fundamental Holdings Corp

Futurum Communications Corporation owns 100% of the common stock of Fundamental Holdings Corp.

We do not have a valuation estimate for this entity.

Exhibit B

Financial Statements for Fundamental Holdings Corp

Exhibit B-1
Balance Sheet for Fundamental Holdings Corp

As of 12/31/2020

10:06 AM

04/21/21

Accrual Basis

# Fundamental Holdings Corp
# Balance Sheet
## As of December 31, 2020

| | Jun 30, 20 | Sep 30, 20 | Dec 31, 20 |
|---|---|---|---|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Checking/Savings** | | | |
| 1071 · Bill.com Money In Clearing | 0.00 | 0.00 | -2.58 |
| 1072 · Bill.com Money Out Clearing | 0.00 | 0.00 | -2,688.00 |
| 1130.01 · Chase Checking | 47,480.06 | 72,845.64 | 52,583.37 |
| 1130.02 · Chase Savings | 45,865.58 | 40,008.81 | 30,001.15 |
| **Total Checking/Savings** | 93,345.64 | 112,854.45 | 79,893.94 |
| **Accounts Receivable** | | | |
| 1180.10 · Customer Accounts Receivable | 3,326.56 | 3,326.56 | 3,326.56 |
| 1180.11 · Customer A/R-QB Aging | 92,738.66 | 92,738.66 | 92,738.66 |
| 1180.12 · Customer A/R - Platypus | 18,104.95 | 18,104.95 | 18,104.95 |
| 1181.00 · Allowance for Bad Debts | -48,496.66 | -48,496.66 | -48,496.66 |
| 1190.01 · Accounts Receivable | 207.57 | 207.57 | 207.57 |
| 1190.50 · Intercompany A/R-FHC Holdings | 5,110.50 | 0.00 | 0.00 |
| **Total Accounts Receivable** | 70,991.58 | 65,881.08 | 65,881.08 |
| **Other Current Assets** | | | |
| 1190.10 · Employee Payroll Advance | 700.00 | 700.00 | 700.00 |
| 1330.02 · Prepaid Expenses | -1,708.17 | 39,892.43 | 27,331.49 |
| 1401.10 · Investment in Affiliate-FHCProp | 180,163.92 | 0.00 | 0.00 |
| **Total Other Current Assets** | 179,155.75 | 40,592.43 | 28,031.49 |
| **Total Current Assets** | 343,492.97 | 219,327.96 | 173,806.51 |
| **Fixed Assets** | | | |
| **2112.00 · Motor Vehicles** | | | |
| 2112.02 · 2014 Ram 1500 0754 | 30,612.46 | 30,612.46 | 30,612.46 |
| 2112.08 · 2014 Ram 3500 | 45,716.34 | 45,716.34 | 45,716.34 |
| 2112.15 · 1996 Dodge Truck | 2,500.00 | 2,500.00 | 2,500.00 |
| 2112.20 · 2017 Ram 2500 0986 | 45,393.57 | 45,393.57 | 45,393.57 |
| 2112.21 · 2018 Ram 2500 9599 | 34,727.10 | 34,727.10 | 34,727.10 |
| 2112.22 · 1994 Ford F350 VIN-CA24915 | 7,500.00 | 7,500.00 | 7,500.00 |
| 2112.23 · 2018 Nissan NV200 4611 | 23,477.56 | 23,477.56 | 23,477.56 |
| 2112.24 · 2018 Nissan NV200 9853 | 23,386.66 | 23,386.66 | 23,386.66 |
| 2112.25 · 2018 Nissan NV200 4598 | 22,901.25 | 22,901.25 | 22,901.25 |
| 2112.26 · 2018 Nissan NV200 4485 | 23,664.02 | 23,664.02 | 23,664.02 |
| 2112.27 · 2018 Nissan NV200 1899 | 20,866.10 | 20,866.10 | 20,866.10 |
| 2112.28 · 2019 Ford F550 AltecBucket-6819 | 138,564.00 | 138,564.00 | 138,564.00 |
| 2112.29 · 2020 Subaru WRX - L9812837 | 45,192.94 | 0.00 | 0.00 |
| 2112.30 · 2020 Dodge Durango LC131505 | 40,502.28 | 0.00 | 0.00 |
| 2112.31 · 2020 Jeep Renegade PL59274 | 0.00 | 19,775.71 | 19,775.71 |
| **Total 2112.00 · Motor Vehicles** | 505,004.28 | 439,084.77 | 439,084.77 |
| **2116.00 · Other Work Equipment** | | | |
| 2116.01 · Ditch Witch | 3,705.99 | 3,705.99 | 3,705.99 |
| 2116.10 · Ver 500 gal Mixer | 334.78 | 334.78 | 334.78 |
| 2116.11 · Ver DCI Locator System | 13,042.58 | 13,042.58 | 13,042.58 |
| 2116.12 · Ver MX125 Mixer | 334.77 | 334.77 | 334.77 |
| 2116.13 · Water Tank Fiber Trailer | 900.00 | 900.00 | 900.00 |
| 2116.14 · Specialty Tools | 26,942.43 | 26,942.43 | 26,942.43 |
| 2116.15 · Trailer | 2,950.00 | 2,950.00 | 2,950.00 |
| 2116.16 · 1997 FO F800 Bucket Truck 4737 | 21,300.00 | 21,300.00 | 21,300.00 |
| 2116.17 · Ditch Witch JT25 Drill | 295,831.04 | 295,831.04 | 295,831.04 |
| 2116.18 · Ditch Witch FX50 Vac Unit | 81,132.53 | 81,132.53 | 81,132.53 |
| 2116.19 · Ditch Witch T22S Trailer | 10,000.00 | 10,000.00 | 10,000.00 |
| 2116.20 · 2018 Yanmar VIO25 Mini Exc | 38,883.84 | 38,883.84 | 38,883.84 |
| 2116.21 · 2020 John Deere Skid Steer | 52,648.98 | 52,648.98 | 52,648.98 |
| 2116.22 · 2017 Lucon Gooseneck Trailer | 0.00 | 0.00 | 19,533.00 |
| 2116.00 · Other Work Equipment - Other | 92.37 | 92.37 | 92.37 |
| **Total 2116.00 · Other Work Equipment** | 548,099.31 | 548,099.31 | 567,632.31 |

10:06 AM                 **Fundamental Holdings Corp**
04/21/21                    **Balance Sheet**
Accrual Basis             **As of December 31, 2020**

| | Jun 30, 20 | Sep 30, 20 | Dec 31, 20 |
|---|---|---|---|
| 2117.01 · Othr Wrk Equip-Installer Tools | 8,879.12 | 8,879.12 | 8,879.12 |
| 2121.00 · Property - 311 Sunny Glen Ct | 149,405.15 | 0.00 | 0.00 |
| 2121.01 · Buildings-Company Sign | 6,462.61 | 6,462.61 | 6,462.61 |
| 2121.03 · Building Repairs & Improvements | 10,808.77 | 10,913.37 | 18,664.91 |
| 2123.01 · Office Support Equipment | 18,011.02 | 18,011.02 | 18,011.02 |
| 2124.01 · Gen Purp Cmptr-Servers & Equip | 89,145.15 | 89,145.15 | 89,145.15 |
| 2232.00 · Circuit and Network Equip-Fiber | | | |
|   2232.01 · Network Equipment | 267,361.19 | 291,631.77 | 322,272.32 |
|   2232.02 · Software | 10,310.93 | 9,843.93 | 11,443.93 |
| Total 2232.00 · Circuit and Network Equip-Fiber | 277,672.12 | 301,475.70 | 333,716.25 |
| 2232.03 · Circuit & Network Equipmnt-VoIP | 36,029.35 | 36,029.35 | 36,029.35 |
| 2232.04 · C & NE - Subscriber Equipment | 438,665.28 | 509,293.84 | 573,721.00 |
| 2233.01 · Tower & Ntwrk Equpmnt-Wireless | 520,233.88 | 520,827.08 | 529,901.46 |
| 2233.02 · Twr & Ntwk Equip-Wireless_Build | 323,278.15 | 323,278.15 | 323,278.15 |
| 2311.02 · Microwave Towers | 51,675.92 | 51,675.92 | 51,675.92 |
| 2423.00 · Fiber Optic Cable | | | |
|   2423.01 · Fees | 14,746.35 | 17,713.28 | 20,374.56 |
|   2423.02 · Fuel (Asset) | 8.66 | 8.66 | 8.66 |
|   2423.05 · Outside Plant | 27,515.49 | 46,427.25 | 59,410.30 |
|   2423.06 · Permits | 663.27 | 1,170.27 | 1,270.27 |
|   2423.07 · Rental Fees | 1,669.55 | 1,669.55 | 2,030.69 |
|   2423.08 · Repairs (Asset) | 5,017.43 | 8,839.67 | 20,854.18 |
|   2423.09 · Supplies | 3,631.01 | 4,916.70 | 6,088.32 |
|   2423.11 · Fiber Optic Lease | 0.00 | -25,000.00 | -25,000.00 |
|   2423.00 · Fiber Optic Cable - Other | 1,921,978.95 | 1,921,978.95 | 1,921,478.95 |
| Total 2423.00 · Fiber Optic Cable | 1,975,230.71 | 1,977,724.33 | 2,006,515.93 |
| 3100.01 · Accumulated Depreciation | | | |
| 3112.02 · Acc Depr-Mtr veh-2014 Ram 0754 | -30,611.89 | -30,611.89 | -30,611.89 |
| 3112.03 · Acc Depr-Mtr Veh-2015 Ram 3945 | -0.32 | -0.32 | -0.32 |
| 3112.08 · Acc Depr-2014 Ram 3500 | -38,096.69 | -38,096.69 | -38,096.69 |
| 3112.09 · Acc Depr-2015 VER FEL Ft-8 Trai | -0.06 | -0.06 | -0.06 |
| 3112.10 · ACC Depr-Ram Promaster 0316 | 0.08 | 0.08 | 0.08 |
| 3112.11 · Acc Depr-Ram Promaster 3674 | -0.18 | -0.18 | -0.18 |
| 3112.12 · Acc Depr-Ram Promaster 3944 | -0.34 | -0.34 | -0.34 |
| 3112.13 · Acc Depr-Ram Promaster 8440 | 0.15 | 0.15 | 0.15 |
| 3112.14 · Acc Depr-Ram Promaster 8578 | -0.41 | -0.41 | -0.41 |
| 3112.15 · Acc Depr-Mtr Veh-1996 Dodge Tru | -2,500.00 | -2,500.00 | -2,500.00 |
| 3112.20 · Acc Depr-2017 Ram 2500 0986 | -19,670.83 | -19,670.83 | -19,670.83 |
| 3112.21 · Acc Depr - 2018 Ram 2500 9599 | -10,996.42 | -10,996.42 | -10,996.42 |
| 3112.22 · Acc Depr-1994 Ford F350 | -1,500.00 | -1,500.00 | -1,500.00 |
| 3112.23 · Acc Depr-2018 Nissan NV200 4611 | -4,472.00 | -4,472.00 | -4,472.00 |
| 3112.24 · Acc Depr-2018 Nissan NV200 9853 | -6,236.33 | -6,236.33 | -6,236.33 |
| 3112.25 · Acc Depr-2018 Nissan NV200 4598 | -6,107.25 | -6,107.25 | -6,107.25 |
| 3112.26 · Acc Depr-2018 Nissan NV200 4485 | -10,484.02 | -10,484.02 | -10,484.02 |
| 3112.27 · Acc Depr-2018 Nissan NV200 1899 | -696.00 | -696.00 | -696.00 |
| 311222 · Acc Depr - 1994 Ford F350 24915 | -375.00 | -375.00 | -375.00 |
| 3116.01 · Acc Depr-Ditch Witch | -3,374.83 | -3,374.83 | -3,374.83 |
| 3116.05 · Acc Depr-2013 Ver 24x40s2 drill | -0.43 | -0.43 | -0.43 |
| 3116.06 · Acc Depr-2015 McLaughlin VX50 | -0.14 | -0.14 | -0.14 |
| 3116.07 · Acc Depr-Ver 24x26 drill rods | -0.43 | -0.43 | -0.43 |
| 3116.08 · Acc Depr-Ver 24x40 Direct Drill | 0.25 | 0.25 | 0.25 |
| 3116.09 · Acc Depr-Ver 24x40 drill rods50 | -0.33 | -0.33 | -0.33 |
| 3116.10 · Acc Depr-Ver 500 gal Mixer | -211.42 | -211.42 | -211.42 |
| 3116.11 · Acc Depr_Ver DCI Locator System | -8,229.06 | -8,229.06 | -8,229.06 |
| 3116.12 · ACC Depr-Ver MX125 Mixer | -230.53 | -230.53 | -230.53 |
| 3116.13 · Acc Depr_Water Tank Fiber Trail | -626.14 | -626.14 | -626.14 |
| 3116.14 · Acc Depr-Specialty Tools | -25,531.44 | -25,531.44 | -25,531.44 |
| 3116.15 · Acc Depr-Trailer | -2,233.57 | -2,233.57 | -2,233.57 |
| 3116.16 · Acc Depr-1997 FO F800 Bucket Tr | -14,707.35 | -14,707.35 | -14,707.35 |
| 3116.17 · Acc Depr-Ditch Witch JT25 Drill | -66,915.42 | -66,915.42 | -66,915.42 |
| 3116.18 · Acc Depr-Ditch Witch FX50 Vac | -18,351.59 | -18,351.59 | -18,351.59 |
| 3116.19 · Acc Depr-Ditch Witch T22S Tlr | -2,261.60 | -2,261.60 | -2,261.60 |
| 3116.20 · Acc Dep-2018 Yanmar VIO25 | -3,240.39 | -3,240.39 | -3,240.39 |

10:06 AM

04/21/21

Accrual Basis

# Fundamental Holdings Corp
## Balance Sheet
### As of December 31, 2020

| | Jun 30, 20 | Sep 30, 20 | Dec 31, 20 |
|---|---|---|---|
| 3117.01 · Acc Depr-Other Work Equip Insta | -2,583.84 | -2,583.84 | -2,583.84 |
| 3121.00 · Acc Depr-Building | -10,535.08 | -10,535.08 | -10,535.08 |
| 3121.01 · Acc Depr-Signs | -1,254.62 | -1,254.62 | -1,254.62 |
| 3121.03 · Acc Depr-Building Repairs/Impro | -4,322.36 | -4,322.36 | -4,322.36 |
| 3123.01 · Acc Depr-Office Support Equipme | -18,011.00 | -18,011.00 | -18,011.00 |
| 3124.00 · Acc Depr-Gen Purp Comptr-Server | -56,017.95 | -56,017.95 | -56,017.95 |
| 3232.01 · Acc Depr-Network Equipment | -88,191.14 | -88,191.14 | -88,191.14 |
| 3232.02 · Acc Depr-C & NE-Software | -3,217.45 | -3,217.45 | -3,217.45 |
| 3232.03 · Acc Depr-C&NE - VoIP | -16,211.99 | -16,211.99 | -16,211.99 |
| 3232.04 · Acc Depr - C&NE-Subscriber Equp | -97,321.16 | -97,321.16 | -97,321.16 |
| 3233.01 · Acc Depr-Tower & Ntwrk Equip-Wi | -262,898.13 | -262,898.13 | -262,898.13 |
| 3233.02 · Acc Depr-Twr & Ntwrk Equp-Wirel | -109,920.09 | -109,920.09 | -109,920.09 |
| 3311.02 · Acc Depr-Microwave Towers | -12,540.14 | -12,540.14 | -12,540.14 |
| 3423.00 · Acc Depr-Fiber Optic Cable | -219,765.61 | -219,765.61 | -219,765.61 |
| Total 3100.01 · Accumulated Depreciation | -1,180,452.49 | -1,180,452.49 | -1,180,452.49 |
| Total Fixed Assets | 3,778,148.33 | 3,660,447.23 | 3,822,265.46 |
| Other Assets | | | |
| 1140.01 · Loan Origination Fees | 23,384.44 | 23,384.44 | 23,384.44 |
| 1140.02 · Loan Origination Fees Accum Amo | -19,860.86 | -19,860.86 | -19,860.86 |
| Total Other Assets | 3,523.58 | 3,523.58 | 3,523.58 |
| TOTAL ASSETS | 4,125,164.88 | 3,883,298.77 | 3,999,595.55 |
| LIABILITIES & EQUITY | | | |
| Liabilities | | | |
| Current Liabilities | | | |
| Accounts Payable | | | |
| 4010.01 · Accounts Payable | 111,917.58 | 84,610.47 | 184,361.80 |
| 4080.01 · Accrued Propery Taxes Payable | 5,948.72 | -26.78 | -26.78 |
| Total Accounts Payable | 117,866.30 | 84,583.69 | 184,335.02 |
| Credit Cards | | | |
| 4010.02 · Amex -04008 | 14,886.69 | -289.59 | -289.59 |
| 4010.06 · Chase Ink | 18.00 | 29.74 | 29.74 |
| 4010.10 · American Express-05005 | 0.00 | 40,799.34 | 5,916.91 |
| 4010.11 · FCC-American Express-45004 | 0.00 | 0.00 | 8,944.50 |
| Total Credit Cards | 14,904.69 | 40,539.49 | 14,601.56 |
| Other Current Liabilities | | | |
| 4010.03 · Payroll Liabilities | 17,338.04 | 5,434.71 | -19,699.28 |
| 4010.04 · Sales Tax Liability | -0.08 | -0.08 | -0.08 |
| 4120.01 · Accrued Interest Payable | 2,600.00 | 2,600.00 | 2,600.00 |
| Total Other Current Liabilities | 19,937.96 | 8,034.63 | -17,099.36 |
| Total Current Liabilities | 152,708.95 | 133,157.81 | 181,837.22 |
| Long Term Liabilities | | | |
| 4210.02 · Long-Term Liabilities | | | |
| 4020.03 · Community Banks of CO-5731-1 | 1,026,052.23 | 968,231.33 | 910,096.00 |
| 4020.04 · Vectra Bank - PPP Loan 69868 | 171,700.00 | 171,700.00 | 171,700.00 |
| 4210.07 · Chrysler 1953287 14 Ram 1500 | 0.40 | 0.00 | 0.00 |
| 4210.08 · Chrysler 5681315 15 Ram 0316 | 0.51 | 0.00 | 0.00 |
| 4210.09 · Chrysler 5681471 15 Ram 3944 | 0.64 | 0.00 | 0.00 |
| 4210.10 · Chrysler 5687106 15 Ram 3674 | -0.04 | 0.00 | 0.00 |
| 4210.11 · Chrysler 5690316 15 Ram 8440 | -0.42 | 0.00 | 0.00 |
| 4210.12 · Chrysler 5690886 15 Ram 8578 | -0.24 | 0.00 | 0.00 |
| 4210.13 · Chrysler 8258516 15 Ram 1500 | 0.46 | 0.00 | 0.00 |
| 4210.16 · De Lage Landen 25347473 | -751.89 | 0.00 | 0.00 |
| 4210.17 · HP Financial Capital Lease | 249.13 | 0.00 | 0.00 |
| 4210.22 · Ally 611926426558 17 Ram 2500 | 25,607.67 | 23,414.10 | 21,220.53 |
| 4210.23 · Ditch Witch 379-0120827-001 | 7,048.28 | 0.00 | 0.00 |
| 4210.24 · Ally 4773 18 Ram 2500 | 18,742.23 | 16,816.08 | 14,889.93 |

10:06 AM

04/21/21

**Accrual Basis**

# Fundamental Holdings Corp
## Balance Sheet
### As of December 31, 2020

|  | Jun 30, 20 | Sep 30, 20 | Dec 31, 20 |
|---|---|---|---|
| 4210.25 · HP Financial Svcs Co-1575 | 106.99 | 0.00 | 0.00 |
| 4210.26 · Nissan 940001 18 Nissan NV200 | 13,674.15 | 12,332.67 | 11,826.55 |
| 4210.27 · Nissan 850001 18 Nissan NV200 | 13,621.18 | 12,284.89 | 11,780.73 |
| 4210.28 · Nissan 140001 18 Nissan NV200 | 13,338.56 | 12,030.02 | 11,536.34 |
| 4210.29 · Nissan 750001 18 Nissan NV200 | 13,782.78 | 12,430.65 | 11,920.51 |
| 4210.30 · Nissan 250001 18 Nissan NV200 | 12,933.15 | 11,740.89 | 11,326.31 |
| 4210.31 · Direct Capital-CIT Bank NA | 21,553.34 | 19,303.22 | 16,974.10 |
| 4210.32 · HP Financial Svcs Co-0142 | -2,009.30 | 0.00 | 0.00 |
| 4210.33 · PNC Equipment Finance-157188 | 166.16 | 0.00 | 0.00 |
| 4210.34 · BNP Paribas Lsing Sol-120827 | 28,352.80 | 25,922.56 | 23,492.32 |
| 4210.35 · Balboa Capital 9510 | 39,408.03 | 37,049.79 | 34,691.55 |
| 4210.36 · Altec Capital-Agrmnt 232271 | 128,941.50 | 123,168.00 | 117,394.50 |
| 4210.37 · John Deere Fin_Acct510001843939 | 50,455.26 | 47,164.68 | 43,874.10 |
| 4210.38 · Ent - 2020 Subaru WRX | 44,563.82 | 0.00 | 0.00 |
| 4210.39 · Ally 4923-2020 Dodge Durango | 40,502.28 | 0.00 | 0.00 |
| 4210.40 · Ally 4879 -2020 Jeep Renegade | 0.00 | 19,392.54 | 18,243.03 |
| Total 4210.02 · Long-Term Liabilities | 1,668,039.66 | 1,512,981.42 | 1,430,966.50 |
| **Total Long Term Liabilities** | 1,668,039.66 | 1,512,981.42 | 1,430,966.50 |
| **Total Liabilities** | 1,820,748.61 | 1,646,139.23 | 1,612,803.72 |
| **Equity** |  |  |  |
| 4510.01 · Common Stock | 1.00 | 1.00 | 1.00 |
| 4520.01 · Additional Paid in Capital | 58,954.00 | 58,954.00 | 58,954.00 |
| 4550.03 · Retained Earnings | 2,335,978.97 | 2,335,978.97 | 2,335,978.97 |
| 4550.04 · Distributions | -540,340.94 | -883,870.51 | -1,119,658.64 |
| Net Income | 449,823.24 | 726,096.08 | 1,111,516.50 |
| **Total Equity** | 2,304,416.27 | 2,237,159.54 | 2,386,791.83 |
| **TOTAL LIABILITIES & EQUITY** | 4,125,164.88 | 3,883,298.77 | 3,999,595.55 |

Exhibit B-2

## Statement of Income (Loss) for Fundamental Holdings Corp

Period ending 12/31/2020

10:07 AM

04/21/21

Accrual Basis

# Fundamental Holdings Corp
## Profit & Loss
### July through December 2020

|  | Jul - Sep 20 | Oct - Dec 20 | TOTAL |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 5001.01 · Commissions | 146.04 | 146.04 | 292.08 |
| 5001.03 · ISP Income | 1,035,020.81 | 1,069,656.02 | 2,104,676.83 |
| **Total Income** | 1,035,166.85 | 1,069,802.06 | 2,104,968.91 |
| **Expense** | | | |
| 6112.00 · Automobile Expense | 24,180.68 | 8,384.51 | 32,565.19 |
| 6116.01 · Other Work Equipmnt-Small Tools | 865.29 | -8.71 | 856.58 |
| 6120.00 · Prepaid Lease Expense | 29,166.66 | 6,249.99 | 35,416.65 |
| 6121.00 · Land and Building Expense | 14,894.59 | 26,309.17 | 41,203.76 |
| 6123.01 · Office Equipment Expense | 3,033.26 | 724.34 | 3,757.60 |
| 6124.01 · Gen Purpose Computer Expense | 4,295.47 | 0.00 | 4,295.47 |
| 6423.01 · Supplies Expense-Fiber | 142.33 | 388.83 | 531.16 |
| 6500.01 · Contract Labor | 3,532.76 | 3,383.04 | 6,915.80 |
| 6500.02 · Network Equipment Expense | 64,258.48 | 61,779.91 | 126,038.39 |
| 6500.03 · Other Equipment Expense | 0.00 | 1,298.55 | 1,298.55 |
| 6500.04 · Subscriber Equipment Expense | 24.96 | 6,610.38 | 6,635.34 |
| 6500.05 · Installation Supplies Expense | 9,524.52 | 2,419.35 | 11,943.87 |
| 6500.07 · Licenses and Permits Expense | 0.00 | 30.00 | 30.00 |
| 6500.08 · Software Expense | 751.95 | 0.00 | 751.95 |
| 6500.10 · Plant Nonspecific Expenses-Sala | 2,850.00 | 2,400.00 | 5,250.00 |
| 6531.01 · Telephone | 77,722.61 | 76,481.05 | 154,203.66 |
| 6532.00 · Utilities | 6,036.94 | 10,600.13 | 16,637.07 |
| 6540.10 · USAC | 5,043.63 | 4,968.42 | 10,012.05 |
| 6612.01 · Sales Commissions Expense | 268.95 | 0.00 | 268.95 |
| 6613.01 · Advertising | 7,016.90 | 5,054.91 | 12,071.81 |
| 6623.01 · Cust Ops Exp-Answering Service | 8,265.05 | 8,552.35 | 16,817.40 |
| 6700.01 · Payroll Expenses | 293,905.44 | 288,989.22 | 582,894.66 |
| 6700.02 · Payroll Tax Expense | 22,038.03 | 20,311.95 | 42,349.98 |
| 6721.01 · Accounting and Finance Expense | 11,196.00 | 2,100.00 | 13,296.00 |
| 6721.02 · Professional Fees | 359.50 | 655.26 | 1,014.76 |
| 6722.00 · External Relations | 14,856.10 | 11,419.32 | 26,275.42 |
| 6723.00 · Human Resource Expense | 609.80 | 246.90 | 856.70 |
| 6725.01 · Legal Expense | 51,122.00 | 21,032.50 | 72,154.50 |
| 6727.01 · Research and Development Exp | 873.37 | 0.00 | 873.37 |
| 6728.00 · Bank Charges & Fees | 25,998.33 | 26,869.16 | 52,867.49 |
| 6728.03 · Meals and Entertainment | 2,688.18 | 1,069.82 | 3,758.00 |
| 6728.04 · Other General and Admin | 1,910.69 | 1,393.19 | 3,303.88 |
| 6728.13 · Fix Me | 2,571.89 | 4,394.27 | 6,966.16 |
| 6728.21 · Community Relations | 147.46 | 103.40 | 250.86 |
| 6728.49 · Insurance-Other | 18,070.17 | 16,408.51 | 34,478.68 |
| 6728.50 · Health Insurance Expense | 22,175.13 | 28,372.71 | 50,547.84 |
| 7240.01 · Operating Tax Expense | 2,266.43 | 1,705.21 | 3,971.64 |
| 7370.01 · Contributions | 15,644.28 | 11,950.00 | 27,594.28 |
| 7370.02 · Corporate Contribution Expense | 5,855.90 | 1,879.79 | 7,735.69 |
| 7510.01 · Interest Expense on Funded Debt | 14,498.71 | 19,790.10 | 34,288.81 |
| 7540.00 · Interest Exp - Credit Card Debt | 332.93 | 0.00 | 332.93 |
| **Total Expense** | 768,995.37 | 684,317.53 | 1,453,312.90 |
| **Net Ordinary Income** | 266,171.48 | 385,484.53 | 651,656.01 |

10:07 AM

04/21/21

Accrual Basis

# Fundamental Holdings Corp
## Profit & Loss
### July through December 2020

|  | Jul - Sep 20 | Oct - Dec 20 | TOTAL |
|---|---|---|---|
| **Other Income/Expense** |  |  |  |
| **Other Income** |  |  |  |
| 7320.01 · Interest Income | 2.12 | 1.84 | 3.96 |
| **Total Other Income** | 2.12 | 1.84 | 3.96 |
| **Other Expense** |  |  |  |
| 6728.15 · General Expense-FHC Properties | 7,056.54 | 42.49 | 7,099.03 |
| 7160.00 · Other Operating Gains & Losses | -17,155.78 | 23.46 | -17,132.32 |
| **Total Other Expense** | -10,099.24 | 65.95 | -10,033.29 |
| **Net Other Income** | 10,101.36 | -64.11 | 10,037.25 |
| **Net Income** | 276,272.84 | 385,420.42 | 661,693.26 |

Exhibit B-3

Statement of Cash Flows for Fundamental Holdings Corp

For the period ending 12/31/2020

10:07 AM
04/21/21

# Fundamental Holdings Corp
## Statement of Cash Flows
### July through December 2020

|  | Jul - Dec 20 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| **Net Income** | 661,693.26 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| 1190.50 · Intercompany A/R-FHC Holdings | 5,110.50 |
| 1330.02 · Prepaid Expenses | -29,039.66 |
| 1401.10 · Investment in Affiliate-FHCProp | 180,163.92 |
| 4010.01 · Accounts Payable | 72,444.22 |
| 4080.01 · Accrued Propery Taxes Payable | -5,975.50 |
| 4010.02 · Amex -04008 | -15,176.28 |
| 4010.06 · Chase Ink | 11.74 |
| 4010.10 · American Express-05005 | 5,916.91 |
| 4010.11 · FCC-American Express-45004 | 8,944.50 |
| 4010.03 · Payroll Liabilities | -37,037.32 |
| **Net cash provided by Operating Activities** | 847,056.29 |
| **INVESTING ACTIVITIES** |  |
| 2112.00 · Motor Vehicles:2112.29 · 2020 Subaru WRX - L9812837 | 45,192.94 |
| 2112.00 · Motor Vehicles:2112.30 · 2020 Dodge Durango LC131505 | 40,502.28 |
| 2112.00 · Motor Vehicles:2112.31 · 2020 Jeep Renegade PL59274 | -19,775.71 |
| 2116.00 · Other Work Equipment:2116.22 · 2017 Lucon Gooseneck Trailer | -19,533.00 |
| 2121.00 · Property - 311 Sunny Glen Ct | 149,405.15 |
| 2121.03 · Building Repairs & Improvements | -7,856.14 |
| 2232.00 · Circuit and Network Equip-Fiber:2232.01 · Network Equipment | -54,911.13 |
| 2232.00 · Circuit and Network Equip-Fiber:2232.02 · Software | -1,133.00 |
| 2232.04 · C & NE - Subscriber Equipment | -135,055.72 |
| 2233.01 · Tower & Ntwrk Equpmnt-Wireless | -9,667.58 |
| 2423.00 · Fiber Optic Cable | 500.00 |
| 2423.00 · Fiber Optic Cable:2423.01 · Fees | -5,628.21 |
| 2423.00 · Fiber Optic Cable:2423.05 · Outside Plant | -31,894.81 |
| 2423.00 · Fiber Optic Cable:2423.06 · Permits | -607.00 |
| 2423.00 · Fiber Optic Cable:2423.07 · Rental Fees | -361.14 |
| 2423.00 · Fiber Optic Cable:2423.08 · Repairs (Asset) | -15,836.75 |
| 2423.00 · Fiber Optic Cable:2423.09 · Supplies | -2,457.31 |
| 2423.00 · Fiber Optic Cable:2423.11 · Fiber Optic Lease | 25,000.00 |
| **Net cash provided by Investing Activities** | -44,117.13 |
| **FINANCING ACTIVITIES** |  |
| 4210.02 · Long-Term Liabilities:4020.03 · Community Banks of CO-5731-1 | -115,956.23 |
| 4210.02 · Long-Term Liabilities:4210.07 · Chrysler 1953287 14 Ram 1500 | -0.40 |
| 4210.02 · Long-Term Liabilities:4210.08 · Chrysler 5681315 15 Ram 0316 | -0.51 |
| 4210.02 · Long-Term Liabilities:4210.09 · Chrysler 5681471 15 Ram 3944 | -0.64 |
| 4210.02 · Long-Term Liabilities:4210.10 · Chrysler 5687106 15 Ram 3674 | 0.04 |
| 4210.02 · Long-Term Liabilities:4210.11 · Chrysler 5690316 15 Ram 8440 | 0.42 |
| 4210.02 · Long-Term Liabilities:4210.12 · Chrysler 5690886 15 Ram 8578 | 0.24 |
| 4210.02 · Long-Term Liabilities:4210.13 · Chrysler 8258516 15 Ram 1500 | -0.46 |
| 4210.02 · Long-Term Liabilities:4210.16 · De Lage Landen 25347473 | 751.89 |
| 4210.02 · Long-Term Liabilities:4210.17 · HP Financial Capital Lease | -249.13 |
| 4210.02 · Long-Term Liabilities:4210.22 · Ally 611926426558 17 Ram 2500 | -4,387.14 |
| 4210.02 · Long-Term Liabilities:4210.23 · Ditch Witch 379-0120827-001 | -7,048.28 |
| 4210.02 · Long-Term Liabilities:4210.24 · Ally 4773 18 Ram 2500 | -3,852.30 |
| 4210.02 · Long-Term Liabilities:4210.25 · HP Financial Svcs Co-1575 | -106.99 |
| 4210.02 · Long-Term Liabilities:4210.26 · Nissan 940001 18 Nissan NV200 | -1,847.60 |
| 4210.02 · Long-Term Liabilities:4210.27 · Nissan 850001 18 Nissan NV200 | -1,840.45 |
| 4210.02 · Long-Term Liabilities:4210.28 · Nissan 140001 18 Nissan NV200 | -1,802.22 |
| 4210.02 · Long-Term Liabilities:4210.29 · Nissan 750001 18 Nissan NV200 | -1,862.27 |
| 4210.02 · Long-Term Liabilities:4210.30 · Nissan 250001 18 Nissan NV200 | -1,606.84 |
| 4210.02 · Long-Term Liabilities:4210.31 · Direct Capital-CIT Bank NA | -4,579.24 |
| 4210.02 · Long-Term Liabilities:4210.32 · HP Financial Svcs Co-0142 | 2,009.30 |
| 4210.02 · Long-Term Liabilities:4210.33 · PNC Equipment Finance-157188 | -166.16 |
| 4210.02 · Long-Term Liabilities:4210.34 · BNP Paribas Lsing Sol-120827 | -4,860.48 |
| 4210.02 · Long-Term Liabilities:4210.35 · Balboa Capital 9510 | -4,716.48 |
| 4210.02 · Long-Term Liabilities:4210.36 · Altec Capital-Agrmnt 232271 | -11,547.00 |
| 4210.02 · Long-Term Liabilities:4210.37 · John Deere Fin_Acct510001843939 | -6,581.16 |
| 4210.02 · Long-Term Liabilities:4210.38 · Ent - 2020 Subaru WRX | -44,563.82 |

10:07 AM

04/21/21

# Fundamental Holdings Corp
# Statement of Cash Flows
### July through December 2020

|  | Jul - Dec 20 |
|---|---|
| 4210.02 · Long-Term Liabilities:4210.39 · Ally 4923-2020 Dodge Durango | -40,502.28 |
| 4210.02 · Long-Term Liabilities:4210.40 · Ally 4879 -2020 Jeep Renegade | 18,243.03 |
| 4550.04 · Distributions | -579,317.70 |
| **Net cash provided by Financing Activities** | -816,390.86 |
| **Net cash increase for period** | -13,451.70 |
| **Cash at beginning of period** | 93,345.64 |
| **Cash at end of period** | 79,893.94 |

## Exhibit B-4

## Statement of Changes in Shareholders'/Partners' Equity (Deficit) for Fundamental Holdings Corp

period ending 12/31/2020

See Balance Sheet.

Exhibit C

## Description of Operations for Fundamental Holdings Corp

Futurum Communications Corporation owns 100% of the common stock of this entity.

Fundamental Holdings Corp dba Peak Internet provides internet, telephone, and other telecommunications services in the Teller County, Colorado area. Information per President Jawaid Bazyar.

# TAB SI

## San Isabel Telecom Inc.

Exhibit A
Valuation estimate for San Isabel Telecom, Inc.

Futurum Communications Corporation owns 100% of the common stock of San Isabel Telecom, Inc.

We do not have a valuation estimate for this entity.

Exhibit B

Financial Statements for San Isabel Telecom Inc.

Exhibit B-1
Balance Sheet for San Isabel Telecom Inc
As of 12/31/2020

**10:15 AM**
**04/21/21**
**Accrual Basis**

## San Isabel Telecom, Inc.
## Balance Sheet
### As of December 31, 2020

| | Jun 30, 20 | Sep 30, 20 | Dec 31, 20 |
|---|---|---|---|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Checking/Savings** | | | |
| **1020 · Checking & Cash Accounts** | | | |
| 1020.11 · Community Banks - 0072 | 725.22 | 50.22 | 50.22 |
| 1020.12 · Collegiate Peaks Bank - 9278 | 17,245.17 | 9,261.62 | 2,010.18 |
| Total 1020 · Checking & Cash Accounts | 17,970.39 | 9,311.84 | 2,060.40 |
| 1072 · Bill.com Money Out Clearing | -1,217.97 | -4,717.97 | -4,297.97 |
| **Total Checking/Savings** | 16,752.42 | 4,593.87 | -2,237.57 |
| **Accounts Receivable** | | | |
| **1100 · Accounts Receivable** | | | |
| 1105 · Accounts Receivable - Billing | 129,230.55 | 139,196.92 | 115,522.42 |
| 1107 · Cabs Income | 14,538.43 | 14,538.43 | 14,451.50 |
| Total 1100 · Accounts Receivable | 143,768.98 | 153,735.35 | 129,973.92 |
| **Total Accounts Receivable** | 143,768.98 | 153,735.35 | 129,973.92 |
| **Other Current Assets** | | | |
| 1200 · Employee Advances | 500.00 | 500.00 | 500.00 |
| **Total Other Current Assets** | 500.00 | 500.00 | 500.00 |
| **Total Current Assets** | 161,021.40 | 158,829.22 | 128,236.35 |
| **Fixed Assets** | | | |
| **1500 · Network Capital** | | | |
| **1520 · Network Equipment** | | | |
| 1520.31 · Network | 11,730.00 | 11,730.00 | 11,730.00 |
| Total 1520 · Network Equipment | 11,730.00 | 11,730.00 | 11,730.00 |
| **1540 · Network Infrastructure** | | | |
| **1590 · Fiber Networks** | | | |
| 1590.04 · Fiber Buildout | 3,090.98 | 3,090.98 | 3,090.98 |
| Total 1590 · Fiber Networks | 3,090.98 | 3,090.98 | 3,090.98 |
| Total 1540 · Network Infrastructure | 3,090.98 | 3,090.98 | 3,090.98 |
| 1500 · Network Capital - Other | 0.00 | 6,466.00 | 6,466.00 |
| Total 1500 · Network Capital | 14,820.98 | 21,286.98 | 21,286.98 |
| **Total Fixed Assets** | 14,820.98 | 21,286.98 | 21,286.98 |
| **TOTAL ASSETS** | 175,842.38 | 180,116.20 | 149,523.33 |
| **LIABILITIES & EQUITY** | | | |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| **Accounts Payable** | | | |
| 2001 · Accounts Payable | 291,520.26 | 318,581.52 | 321,907.43 |
| **Total Accounts Payable** | 291,520.26 | 318,581.52 | 321,907.43 |
| **Credit Cards** | | | |
| **2010 · Credit Card** | | | |
| 2010.06 · Citi Visa | 4,049.58 | 3,298.58 | 3,298.58 |
| Total 2010 · Credit Card | 4,049.58 | 3,298.58 | 3,298.58 |
| **Total Credit Cards** | 4,049.58 | 3,298.58 | 3,298.58 |
| **Other Current Liabilities** | | | |
| **2015 · Accrued Expenses** | | | |
| 2021 · Accrd Payroll Vacation Liab | 1,080.63 | 1,080.63 | 1,080.63 |
| 2025 · Accrued Taxes Payable | -123,315.57 | -119,811.50 | -116,503.13 |
| 2035 · Miscelaneous Accrued Expenses | -2,713.00 | -2,713.00 | -2,713.00 |
| Total 2015 · Accrued Expenses | -124,947.94 | -121,443.87 | -118,135.50 |
| 2920 · Doug Wagner - Stock Payment | -39.23 | -39.23 | -39.23 |
| **Total Other Current Liabilities** | -124,987.17 | -121,483.10 | -118,174.73 |
| **Total Current Liabilities** | 170,582.67 | 200,397.00 | 207,031.28 |
| **Long Term Liabilities** | | | |
| Eagle County E911 Judgement | -4,000.00 | -4,000.00 | -4,000.00 |
| **2100 · LT Loans & Lines of Credit** | | | |
| **2120 · Bank Loans & Lines of Credit** | | | |
| 2120.06 · Vectra Bank Colorado | 35,171.98 | 35,171.98 | 35,171.98 |
| 2120.07 · Forethought Acquisition | 256,409.20 | 224,701.68 | 201,633.29 |
| Total 2120 · Bank Loans & Lines of Credit | 291,581.18 | 259,873.66 | 236,805.27 |

| 10:15 AM | San Isabel Telecom, Inc. |
|---|---|
| 04/21/21 | **Balance Sheet** |
| Accrual Basis | As of December 31, 2020 |

|  | Jun 30, 20 | Sep 30, 20 | Dec 31, 20 |
|---|---|---|---|
| 2120.08 · Futurum Communications Corp. | 562,960.77 | 558,676.77 | 558,676.77 |
| 2123 · Jo Crandall | 130,000.00 | 130,000.00 | 130,000.00 |
| 2918 · On Deck | 586.98 | 586.98 | 586.98 |
| Total 2100 · LT Loans & Lines of Credit | 985,128.93 | 949,137.41 | 926,069.02 |
| 2919 · American Tower |  |  |  |
| 2919.01 · American Tower - Lease 1 | 125.00 | 125.00 | 125.00 |
| Total 2919 · American Tower | 125.00 | 125.00 | 125.00 |
| **Total Long Term Liabilities** | 981,253.93 | 945,262.41 | 922,194.02 |
| **Total Liabilities** | 1,151,836.60 | 1,145,659.41 | 1,129,225.30 |
| Equity |  |  |  |
| 3000 · Opening Bal Equity | -570,644.25 | -570,644.25 | -570,644.25 |
| 3900 · Retained Earnings | -415,876.00 | -415,876.00 | -415,876.00 |
| Net Income | 10,526.03 | 20,977.04 | 6,818.28 |
| **Total Equity** | -975,994.22 | -965,543.21 | -979,701.97 |
| **TOTAL LIABILITIES & EQUITY** | 175,842.38 | 180,116.20 | 149,523.33 |

Exhibit B-2

Statement of Income (Loss) for San Isabel Telecom Inc

Period ending 12/31/2020

6:00 PM

04/20/21

Accrual Basis

# San Isabel Telecom, Inc.
# Profit & Loss
## July through December 2020

|  | Jul - Sep 20 | Oct - Dec 20 | TOTAL |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 4010 · Revenue - Foundations | 97,261.05 | 93,395.39 | 190,656.44 |
| 4200 · Cloud Services | 50.33 | 15.00 | 65.33 |
| 4300 · Managed Services | 168.13 | 280.40 | 448.53 |
| 4900 · Miscellaneous Revenue | 760.90 | 1,210.26 | 1,971.16 |
| 4998 · Returns & Allowances | -2,316.60 | -477.40 | -2,794.00 |
| **Total Income** | 95,923.81 | 94,423.65 | 190,347.46 |
| **Cost of Goods Sold** | | | |
| 5010 · Cost - Foundations | 32,904.73 | 25,648.35 | 58,553.08 |
| 5500 · Network Infrastructure | 12,522.75 | 12,803.02 | 25,325.77 |
| **Total COGS** | 45,427.48 | 38,451.37 | 83,878.85 |
| **Gross Profit** | 50,496.33 | 55,972.28 | 106,468.61 |
| **Expense** | | | |
| 6300 · Executive & Administration | 40,045.41 | 70,131.04 | 110,176.45 |
| **Total Expense** | 40,045.41 | 70,131.04 | 110,176.45 |
| **Net Ordinary Income** | 10,450.92 | -14,158.76 | -3,707.84 |
| **Other Income/Expense** | | | |
| **Other Income** | | | |
| 7005 · Interest Income | 0.09 | 0.00 | 0.09 |
| **Total Other Income** | 0.09 | 0.00 | 0.09 |
| **Net Other Income** | 0.09 | 0.00 | 0.09 |
| **Net Income** | 10,451.01 | -14,158.76 | -3,707.75 |

Exhibit B-3

Statement of Cash Flows for San Isabel Telecom Inc
For the period ending 12/31/2020

6:01 PM

04/20/21

# San Isabel Telecom, Inc.
## Statement of Cash Flows
### July through December 2020

| | Jul - Dec 20 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | -3,707.75 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 1100 · Accounts Receivable:1105 · Accounts Receivable - Billing | 13,708.13 |
| 1100 · Accounts Receivable:1107 · Cabs Income | 86.93 |
| 2001 · Accounts Payable | 30,387.17 |
| 2010 · Credit Card:2010.06 · Citi Visa | -751.00 |
| 2015 · Accrued Expenses:2025 · Accrued Taxes Payable | 6,812.44 |
| **Net cash provided by Operating Activities** | 46,535.92 |
| **INVESTING ACTIVITIES** | |
| 1500 · Network Capital | -6,466.00 |
| **Net cash provided by Investing Activities** | -6,466.00 |
| **FINANCING ACTIVITIES** | |
| 2100 · LT Loans & Lines of Credit:2120 · Bank Loans & Lines of Credit:2120.07 · Forethought Acquisition | -54,775.91 |
| 2100 · LT Loans & Lines of Credit:2120.08 · Futurum Communications Corp. | -4,284.00 |
| **Net cash provided by Financing Activities** | -59,059.91 |
| **Net cash increase for period** | -18,989.99 |
| **Cash at beginning of period** | 16,752.42 |
| **Cash at end of period** | -2,237.57 |

Exhibit B-4

Statement of Changes in Shareholders'/Partners' Equity (Deficit) for San Isabel Telecom Inc

period ending 12/31/2020

See Balance Sheet.

Exhibit C

## Description of Operations for San Isabel Telecom Inc.

Futurum Communications Corporation owns 100% of the common stock of this entity.

San Isabel Telecom provides internet, telephone, and other telecommunications services in the Eagle County, Colorado area. Information per President Jawaid Bazyar.

# TAB BSI

## Brainstorm Internet

Corporate formalities have not been maintained between Futurum Communications Corp (parent) and Brainstorm Internet (wholly owned subsidiary) since January 2017. In the future we will meet with CPA and update disclosure as to Brainstorm once we have go-forward projections separating Futurum and Brainstorm.