IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| FUTURUM COMMUNICATIONS CORPORATION | ) Case No. 21-11331 KHT |
| EIN XX-XXX4931 | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

### ORDER DENYING SECURED CREDITOR JAYSON BAKER'S MOTION TO EXPEDITE HEARING ON MOTION FOR ADEQUATE PROTECTION OR, IN THE ALTERNATIVE, RELIEF FROM THE AUTOMATIC STAY

THIS MATTER comes before the Court on Secured Creditor Jayson Baker's Motion to Expedite Hearing on Motion for Adequate Protection or, In the Alternative, Relief from the Automatic Stay (the "Motion"). The Court has considered the Motion, reviewed the file, and is informed in the premises.

**IT IS HEREBY ORDERED THAT:**

The Motion is DENIED. Mr. Baker's Motion for Adequate Protection or, In the Alternative, Relief from the Automatic Stay shall be heard pursuant to LB.R. 4001-1(a).

Dated: May 18, 2021.

BY THE COURT:

*/s/ Kimberley H. Tyson*

Kimberley H. Tyson
United States Bankruptcy Court